**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Texas
(State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Global Wound Care Medical Group, a Professional Corporation |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | None |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 92-2943572 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 5901 West Century Boulevard <br> Number   Street | _____ <br> Number   Street |
| Suite 750 | P.O. Box |
| Los Angeles   CA   90045 <br> City   State   ZIP Code | _____ <br> City   State   ZIP Code |
| Los Angeles <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number   Street <br> _____ <br> City   State   ZIP Code |

5. **Debtor's website** (URL)   _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

| Debtor | Global Wound Care Medical Group, a Professional Corporation | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|
| | | ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☐ None of the above |
| | | |
| | | B. *Check all that apply:* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| | | __6__ __2__ __2__ __1__ |

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ☒ Chapter 11. *Check **all** that apply*: |
| | | ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that). |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ☒ No |
|---|---|---|
| | If more than 2 cases, attach a separate list. | ☐ Yes.  District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |
| | | District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |

Debtor    Global Wound Care Medical Group, a Professional Corporation      Case number *(if known)*_____
      Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes.   Debtor _____ Relationship _____<br>         District _____ When ____/____/_____<br>                                                     MM / DD / YYYY<br>       Case number, if known   _____ |
| **11. Why is the case filed in *this district*?** | Check all that apply:<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>      What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?**_____<br>                         Number      Street<br>                         _____<br>                         _____ _____ _____<br>                         City                         State ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

| **Statistical and administrative information** | |
|---|---|
| **13. Debtor's estimation of available funds** | Check one:<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☒ 1-49        ☐ 1,000-5,000        ☐ 25,001-50,000<br>☐ 50-99       ☐ 5,001-10,000      ☐ 50,001-100,000<br>☐ 100-199    ☐ 10,001-25,000    ☐ More than 100,000<br>☐ 200-999 |

Official Form 201                  Voluntary Petition for Non-Individuals Filing for Bankruptcy                  page **3**

| Debtor | Global Wound Care Medical Group, a Professional Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☒ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☒ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/21/2024
              MM / DD / YYYY

X _____   Owen B. Ellington, M.D.
Signature of authorized representative of debtor   Printed name

Title  President

**18. Signature of attorney**

X /s/ Casey W. Doherty, Jr.                         Date  10/21/2024
Signature of attorney for debtor                           MM / DD / YYYY

Casey W. Doherty, Jr.
Printed name

Dentons US LLP
Firm name

1300 Post Oak Boulevard, Suite 650
Number     Street

Houston                                          TX        77056
City                                             State     ZIP Code

(713) 658-4600                                   casey.doherty@dentons.com
Contact phone                                    Email address

24078431                                         Texas
Bar number                                       State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

# GLOBAL WOUND CARE MEDICAL GROUP

## Omnibus Written Consent

## October 21, 2024

The undersigned, constituting all of the members of the Board of Directors and the undersigned holder of all of the issued and outstanding equity interests of Global Wound Care Medical Group, a California professional corporation (the "Company") hereby consent in writing, pursuant to the laws of the State of California, and hereby adopt the following resolutions, effective as of the date first written above, and waive all notice requirements in connection therewith.

**WHEREAS**, the Board of Directors of the Company and the holder of the Company's issued and outstanding equity interests have considered the financial and operational aspects of the Company's business and the recommendations of the Company's senior management and professionals and advisors;

**WHEREAS**, the Board of Directors of the Company and the holder of the Company's issued and outstanding equity interests have reviewed the historical performance, assets, current and long-term liabilities and current operational status of the Company; and

**WHEREAS**, the Board of Directors of the Company and the holder of the Company's issued and outstanding equity interests have reviewed, considered, and received the recommendations of the senior management and professionals and advisors of the Company as to a potential restructuring and liquidation to be implemented during the course of a chapter 11 case of the Company.

**NOW, THEREFORE**, be it resolved as follows:

**RESOLVED**, that in the good-faith exercise of the reasonable business judgment of the Board of Directors of the Company and the holders of the Company's issued and outstanding equity interests, it is necessary, advisable and in the best interests of the Company, having considered the interests of creditors and other interested parties, that a voluntary petition be filed by the Company in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**RESOLVED, FURTHER**, that each of the officers of the Company, including, without limitation, Ralph Cetrulo, the Chief Financial Officer of the Company, be designated as an authorized signatory of the Company (the "Authorized Signatories") and hereby is authorized and directed on behalf of and in the name of the Company to execute, verify and file and to cause counsel for the Company to prepare with assistance of the Company as appropriate all petitions, schedules, lists, applications, filings and other papers, documents, applications, plans of reorganization, liquidation or similar plans, instruments, pleadings and motions in connection with the Chapter 11 Case, and to take any and all action which any Authorized Signatory, or such other officers or representatives as an Authorized Signatory may designate, deem necessary and proper in connection with the filing and conduct of the Chapter 11 Case, both prior to and throughout the

course of the Chapter 11 Case and to take and perform any and all further acts and deeds that they deem necessary, proper or desirable in connection therewith or in furtherance of any such petition or the Chapter 11 Case;

**RESOLVED, FURTHER,** that the Company, each Authorized Signatory, and such other officers or representatives as any Authorized Signatory may designate, be, and hereby are, authorized and empowered to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as they, in their discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions;

**RESOLVED, FURTHER**, that the Company is authorized, empowered and directed to engage and retain the law firm of Dentons US, LLP as restructuring and general bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including the preparation and filing of pleadings in and the conduct of the Chapter 11 Case, and in connection therewith, the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of Dentons US, LLP;

**RESOLVED, FURTHER**, that the Company is authorized, empowered and directed to engage and retain Ankura as financial consultant for the Company in connection with the Chapter 11 Case, and in connection therewith, the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of Ankura;

**RESOLVED, FURTHER**, that the Authorized Officers be, and each of them hereby is, authorized and directed, on behalf of and in the name of the Company, to employ additional professionals as the Authorized Officers, in their reasonable discretion deem necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code or to carry out the purpose and intent of the foregoing resolutions;

**RESOLVED, FURTHER**, that the Authorized Officers be, and each of them hereby is, authorized and directed, on behalf of and in the name of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of any additional professional;

**RESOLVED, FURTHER**, that the Authorized Officers be, and each of them hereby is, authorized and directed, on behalf of and in the name of the Company, to engage and retain all assistance by legal counsel, accountants, investment banking advisors, financial advisors, and other professionals, subject to Bankruptcy Court approval, and to perform any and all further acts and deeds that the Authorized Officers deem necessary, proper, advisable, or desirable in furtherance thereof with a view to the successful prosecution of the Chapter 11 Case;

## Omnibus Resolutions

**RESOLVED, FURTHER**, that the Authorized Officers be, and each of them hereby is, authorized and directed, on behalf of and in the name of the Company, to take or cause to be taken any and all such other and further actions, and to execute, acknowledge, deliver and file any and all such instruments as they, in their discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions;

**RESOLVED, FURTHER**, that the undersigned hereby ratify and confirm all actions taken by the Company, each Authorized Signatory and other officers and representatives of the Company prior to the date hereof in furtherance of the foregoing resolutions; and

**RESOLVED, FURTHER**, that this consent may be executed electronically (including by .pdf) in any number of counterparts, each of which shall constitute an original, but all of which when taken together shall constitute a single consent, and shall have the force and effect of an action of the Board of Directors of the Company and the holder of the Company's issued and outstanding equity interests, at a duly called and held meeting of such parties.

[Signature Page Follows]

This Written Consent is effective as of the date first written above.

**Board of Directors:**

_____
Name: Owen B. Ellington, M.D.

**Holder of the Company's Issued and Outstanding Equity Interests:**

_____
Name: Owen B. Ellington, M.D.

*[Signature Page to Written Consent for Petition Filing]*

| **Fill in this information to identify the case:** |
|---|
| Debtor name  Global Wound Care Medical Group, a Professional Corporation |
| United States Bankruptcy Court for the: Southern          District of Texas |
|                                                                                                                (State) |
| Case number (If known): _____ |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

|  | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Wound Pros Management Group 5901 W. Century Blvd, Suite 750 Los Angeles, CA 90045 | Greer & Associates Attn: C. Keith Greer, Esq. 16855 W. Bernardo Dr., #255 San Diego, CA 92127 (858) 613-6677 | Management Services Agreement |  |  |  | $155,638,882 |
| 2 |  |  |  |  |  |  |  |
| 3 |  |  |  |  |  |  |  |
| 4 |  |  |  |  |  |  |  |
| 5 |  |  |  |  |  |  |  |
| 6 |  |  |  |  |  |  |  |
| 7 |  |  |  |  |  |  |  |
| 8 |  |  |  |  |  |  |  |

Debtor     <u>Global Wound Care Medical Group, a Professional Corporation</u>      Case number (*if known*)_____
               Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204      **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**      page 2

**Fill in this information to identify the case and this filing:**

Debtor Name __Global Wound Care Medical Group, a Professional Corporation__

United States Bankruptcy Court for the: __Southern__ District of __Texas__
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/21/2024__         X __[Signature]_____
MM / DD / YYYY                          Signature of individual signing on behalf of debtor

__Owen B. Ellington, M.D._____
Printed name

__President_____
Position or relationship to debtor

Official Form 202         **Declaration Under Penalty of Perjury for Non-Individual Debtors**

# United States Bankruptcy Court
## Southern District of Texas

In re: Global Wound Care Medical Group, a Professional Corporation.
Debtor(s)

Case No.
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: October 21, 2024

Signed by: *[signature]* 95B138F3B0B74CB...

Owen B. Ellington, M.D., President
Signer/Title

## Creditor Matrix

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 2045 Peachtree CAF, LLC | | 5910 N. Central Expressway | Suite 1400 | | Dallas | TX | 75206 | |
| 2400 Whitt, LLC | | 2400 Augusta Drive | Suite 352 | | Houston | TX | 77057 | |
| Acrisure Partners West Coast Insurance Services | | 34 S 2nd Street | | | Campbell | CA | 95008 | |
| ADP, LLC | | 5355 Orangethorp Ave | | | La Palma | CA | 90623-1002 | |
| Alabama Attorney General | Attn Bankruptcy Department | 501 Washington Ave | PO Box 300152 | | Montgomery | AL | 36104-0152 | |
| Alabama Dept of Revenue | | 50 North Ripley St | | | Montgomery | AL | 36104 | |
| AMWINS Special Risk Underwriters | | 725 South Figueroa Street, Suite 190 | | | Los Angeles | CA | 90017 | |
| Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 | |
| Arizona Dept of Revenue | | 1600 West Monroe St | | | Phoenix | AZ | 85007 | |
| Arkansas Attorney General | Attn Bankruptcy Department | 323 Center St. Ste 200 | | | Little Rock | AR | 72201-2610 | |
| Arkansas Dept of Finance & Administration | Administrative Services | 1515 W 7th St, Ste 700 | | | Little Rock | AR | 72201 | |
| Arkansas Dept of Finance & Administration | RLC Mailing Address | PO Box 1272 | | | Little Rock | AR | 72203-1272 | |
| Bill Releford, DPM | | 5901 West Century Blvd | Suite 750 | | Los Angeles | CA | 90045 | |
| California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | |
| California Department of Tax and Fee Administration | Account Information Group, MIC:29 | PO Box 942879 | | | Sacramento | CA | 94279-0029 | |
| California Department of Tax and Fee Administration | Collections Support Bureau Bankruptcy Team, MIC:74 | PO Box 942879 | | | Sacramento | CA | 94279-0074 | |
| California Franchise Tax Board | Business Entity Bankruptcy MS A345 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | |
| California Franchise Tax Board | Legal Division | PO Box 1720 | | | Rancho Cordova | CA | 95741-1720 | |
| California State Board of Equalization | Legal Department, MIC:121 | 450 N St. | P.O. Box 942879 | | Sacramento | CA | 94279-0029 | |
| Cigna | Richard Truax | 900 Cottage Grove Rd. | | | Bloomfield | CT | 06002 | |
| Connecticut Attorney General | Attn Bankruptcy Department | 165 Capitol Avenue | | | Hartford | CT | 06106 | |
| Connecticut Department of Revenue Services | Department of Revenue Services | 450 Columbus Blvd., Ste 1 | | | Hartford | CT | 06103 | |
| Detroit Riverview Medical Complex, LLC | | 839 N. Jefferson St. | Suite 600 | | Milwaukee | WI | 53202 | |
| Dr. Owen Ellington | | | | | | | | |
| Equitable | Katherine Hayden | 1345 Avenue of the Americas | | | New York | NY | 10105 | |
| Ervin Fallwood | | | | | | | | |
| Evanston Insurance Company | | 10275 W. Higgins Road, Suite 750 | | | Rosemont | IL | 60018 | |
| Experian | Caleb Vansteenwyk | 475 Anton Blvd. | | | Costa Mesa | CA | 92626 | |
| Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | |
| Florida Dept of Revenue | Attn Bankruptcy Dept | 5050 West Tennessee St | | | Tallahassee | FL | 32399-0112 | |
| Florida Dept of Revenue | General Counsel, Mark Hamilton | PO BOX 6668 | | | Tallahassee | FL | 32314-6668 | |
| Freeman Medical Building, LLC | | 301 N Prairie Ave. | Suite 202 | | Inglewood | CA | 90301 | |
| Gateway Triangle Development, LLC | | 5225 Wilshire Blvd. | Suite 1000 | | Los Angeles | CA | 90036 | |
| Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 | |
| Georgia Dept of Revenue | Compliance Division - Central Collection Section | 1800 Century Blvd NE, Suite 9100 | | | Atlanta | GA | 30345-3202 | |
| Golden Bear Insurance Company | | 1550 W Fremont St | | | Stockton | CA | 95203 | |
| Greer & Associates, APC | Attn: C. Keith Greer | 16855 West Bernardo Dr., Suite 255 | re Wound Pros Management Group | | San Diego | CA | 92127 | |
| Hooper, Lundy & Bookman, PC | Attn: Charles B. Oppenheim | 1875 Century Park East | re Wound Pros Management Group | | Los Angeles | CA | 90067 | |
| Hooper, Lundy & Bookman, PC | Attn: David Schumacher | 470 Atlantic Avenue, Suite 1201 | re Wound Pros Management Group | | Boston | MA | 02210 | |
| HTA - Medical Portfolio 4, LLC | Attn: Chief Executive Officer | 16435 N. Scottsdale Rd., # 320 | | | Scottsdale | AZ | 85254 | |
| Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 | |
| Illinois Dept of Revenue | Bankruptcy Unit | PO Box 19035 | | | Springfield | IL | 62794-9035 | |
| Illinois Secretary of State | Jesse White | 213 State Capitol | | | Springfield | IL | 62756 | |
| Illinois State Treasurer | | 555 W. Monroe Street, 14th Floor | | | Chicago | IL | 60661 | |

**Creditor Matrix**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Imperial Realty Company, as agent for | The Klairmont Family, L.L.C. | 4747 W. Peterson Ave. | Suite 200 | | Chicago | IL | 60646 | |
| Internal Revenue Service | | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Joseph Whiting | | Phoenix Business Center | 455 Rast Street | | Sumter | SC | 29150 | |
| Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | | Topeka | KS | 66612-1597 | |
| Kansas Dept of Revenue | Scott State Office Building | 120 SE 10th Avenue | | | Topeka | KS | 66612-1103 | |
| Landmark American Insurance Company | | 945 East Paces Ferry Road NE, Suoite 1800 | | | Atlanta | GA | 30326 | |
| Louisiana Attorney General | Attn Bankruptcy Department | PO Box Box 94005 | | | Baton Rouge | LA | 70804 | |
| Louisiana Department of Revenue | | 617 North Third St | | | Baton Rouge | LA | 70802 | |
| Loyal Group REM, LLC | | 105 McLaughlin Rd. | Suite A | | Rochester | NY | 14615 | |
| Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | 20th Floor | | Boston | MA | 02108-1518 | |
| Massachusetts Department of Revenue | | 100 Cambridge St., 2nd Floor | | | Boston | MA | 02114 | |
| Massachusetts Department of Revenue | | PO Box 7090 | | | Boston | MA | 02204-7090 | |
| MCE Packaging Inc. | Attn: Burney Le/Dian Yu | 1700 E. Desert Inn Rd. | Suite 205 | | Las Vegas | NV | 89196 | |
| Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 | |
| Michigan Dept of Treasury | Attn Litigation Liaison | Tax Policy Division | 2nd Floor, Austin Building | 430 West Allegan Street | Lansing | MI | 48922 | |
| Michigan Dept of Treasury | Collection/Bankruptcy Unit | P.O. Box 30168 | | | Lansing | MI | 48909 | |
| Michigan Dept of Treasury | Office of Collections | 430 W. Allegan Street | P.O. Box 30199 | | Lansing | MI | 48909 | |
| Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Bldg | 207 W. High St. | P.O. Box 899 | Jefferson City | MO | 65101 | |
| Missouri Department of Revenue | | 301 West High Street | Harry S Truman State Office Building | | Jefferson City | MO | 65101 | |
| Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St | | Carson City | NV | 89701 | |
| Nevada Dept of Taxation | Attn Bankruptcy Dept | 1550 College Pkwy Ste 115 | | | Carson City | NV | 89706 | |
| Nevada Dept of Taxation | Attn Bankruptcy Dept | 700 E. Warm Springs Rd. 2nd Floor | | | Las Vegas | NV | 89119 | |
| New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 | |
| New Jersey Department of the Treasury | | P.O. Box 002 | | | Trenton | NJ | 08625-0002 | |
| New Jersey Division of Taxation | Attn Bankruptcy Unit | 3 John Fitch Way | PO Box 245 | | Trenton | NJ | 08695-0245 | |
| New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 | |
| New York State Dept of Taxation and Finance | Attn Office of Counsel | Building 9 | WA Harriman Campus | | Albany | NY | 12227 | |
| New York State Dept of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | | Albany | NY | 12205-0300 | |
| North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 | |
| North Carolina Dept of Revenue | Attn Bankruptcy Dept | PO Box 25000 | | | Raleigh | NC | 27640-0640 | |
| Ohio Attorney General | Attn Bankruptcy Department | 50 E. Broad Street 17th Fl | | | Columbus | OH | 43215 | |
| Ohio Dept of Taxation | Attn Bankruptcy Division | 4485 Northland Ridge Blvd. | | | Columbus | OH | 43229 | |
| Ohio Dept of Taxation | Jeff McClain, Tax Commissioner | 4485 Northland Ridge Blvd. | Tax Commissioner's Office | | Columbus | OH | 43229 | |
| Oklahoma Attorney General | Attn Bankruptcy Department | 313 NE 21st St | | | Oklahoma City | OK | 73105 | |
| Oklahoma Tax Commission | General Counsels Office | Oklahoma Tax Commission | | | Oklahoma City | OK | 73194 | |
| Oklahoma Tax Commission | Taxpayer Service Center | 300 N Broadway Ave. | | | Oklahoma City | OK | 73102 | |
| Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 | |
| Oregon Dept of Revenue | Attn Bankruptcy Unit | 955 Center St NE | | | Salem | OR | 97301-2555 | |
| Peak One | Sarah Ries | 3903 E Primrose Lane | Ste. 102 | | Post Falls | ID | 83854 | |
| Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | |
| Pennsylvania Dept of Revenue | Attn Compliance & Bankruptcy | Strawberry Square Lobby | | | Harrisburg | PA | 17128-0101 | |
| Phoenix Business Center | Attn: Joseph Whitting | 455 Rast Street | | | Sumter | SC | 29150 | |
| Pinnacle Healthcare Consulting | Chris Fete | 220 W Lockwood Avenue | | | Saint Louis | MO | 63119 | |
| QBE Insurance Group | | 1443 Danville Boulevard | | | Alamo | CA | 94507 | |
| Qlarant | Attn: Dr. Ronald G Forsythe, Jr., CEO | 28464 Marlboro Avenue | | | Easton | MD | 21601-2732 | |
| Qlarant | S. Scott Ward | Unified Program Integrity Contract, SW Jurisdiction | Program Director and Sr. Vice President | 28464 Marlboro Avenue | Easton | MD | 21601-2732 | |
| Qlarant Integrity Solutions, LLC | Aimee Mason | 28464 Marlboro Avenue | | | Easton | MD | 21601-2732 | |
| Ralph Cetrulo | | 45 Atwater Road | | | Chadds Ford | PA | 19317 | |
| Regus Management Group, LLC | | 100 Sun Avenue N.E. | Suite 650 | | Albuquerque | NM | 87109 | |

**Creditor Matrix**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Regus Management Group, LLC | | 101 Arch Street | 8th Floor | | Boston | MA | 02110 | |
| Regus Management Group, LLC | | 1200 Route 22 East | Suite 2000 | | Bridgewater | NJ | 08807 | |
| Regus Management Group, LLC | | 175 Capital Blvd., 4th Floor | | | Rocky Hill | CT | 06067 | |
| Regus Management Group, LLC | | 180 Promenade Circle | Suite 300 | | Sacramento | CA | 95834 | |
| Regus Management Group, LLC | | 1997 Annapolis Exchange Parkway | Suite 300 | | Annapolis | MD | 21401 | |
| Regus Management Group, LLC | | 200 S. Executive Drive | Suite 101 | | Brookfield | WI | 53005 | |
| Regus Management Group, LLC | | 2700 Corporate Drive | Suite 200 | | Birmingham | AL | 35242 | |
| Regus Management Group, LLC | | 301 Grant Street | Suite 270 | | Pittsburgh | PA | 15219 | |
| Regus Management Group, LLC | | 321 S. Boston | Suite 300 | | Tulsa | OK | 74103 | |
| Regus Management Group, LLC | | 333 N. Alabama Street | Suite 350 | | Indianapolis | IN | 46204 | |
| Regus Management Group, LLC | | 400 W. Capitol Avenue | Suite 1700 | | Little Rock | AR | 72201 | |
| Regus Management Group, LLC | | 4600 S Syracuse | 9th Floor | | Denver | CO | 80237 | |
| Regus Management Group, LLC | | 50101 Governors Drive, Suite 280 | | | Chapel Hill | NC | 27517 | |
| Regus Management Group, LLC | | 650 N.E. Holladay Street | Suite 1600 | | Portland | OR | 97232 | |
| Regus Management Group, LLC | | 7300 West 110 St | Commerce Plaza I, 7th Fl | | Overland Park | KS | 66210 | |
| Regus Management Group, LLC | | Corporate Center | 11335 Northeast 122nd, #105 | | Kirkland | WA | 98034 | |
| Rhode Island Attorney General | Attn Bankruptcy Department | 150 S. Main St. | | | Providence | RI | 02903 | |
| Rhode Island Division of Taxation | | One Capitol Hill | | | Providence | RI | 02908 | |
| South Carolina Attorney General | Attn Bankruptcy Department | P.O. Box 11549 | | | Columbia | SC | 29211 | |
| South Carolina Dept of Revenue | Corporate Tax | PO Box 125 | | | Columbia | SC | 29214-0400 | |
| South Carolina Dept of Revenue | | 300A Outlet Pointe Blvd | | | Columbia | SC | 29210 | |
| State of Michigan | Michigan Department of Treasury | | | | Lansing | MI | 49822 | |
| Stephano Slack | Mike Stephano | 125 Strafford Ave., Ste 200 | | | Wayne | PA | 19087 | |
| Sunlife | Colleen Booker | 1 Sun Life Executive Park | | | Wellesley | MA | 02481 | |
| Symetra | Shemar Henry | 777 108th Ave. NE | Ste. 1200 | | Bellevue | WA | 98004 | |
| Tennessee Attorney General | Attn Bankruptcy Department | P.O. Box 20207 | | | Nashville | TN | 37202-0207 | |
| Tennessee Dept of Revenue | c/o Tennessee Attorney General's Office | Bankruptcy Division | PO Box 20207 | | Nashville | TN | 37202-0207 | |
| Tennessee Dept of Revenue | | Andrew Jackson State Office Building | 500 Deaderick St | | Nashville | TN | 37242 | |
| Texas Alcoholic Beverage Commission | | Licenses and Permits Division | P.O. Box 13127 | | Austin | TX | 78711 | |
| Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | |
| Texas Comptroller of Public Accounts | Attn Bankruptcy Section | Lyndon B Johnson State Office Building | 111 East 17th St | | Austin | TX | 78774 | |
| Texas Comptroller of Public Accounts | | PO Box 13528, Capitol Station | | | Austin | TX | 78711-3528 | |
| Texas Comptroller of Public Accounts | | Revenue Accounting Division - Bankruptcy Section | P.O. Box 13528 Capitol Station | | Austin | TX | 78711 | |
| Texas Workforce Commission | | TWC Building - Regulatory Integrity Division | 101 East 15th Street | | Austin | TX | 78711 | |
| The Doctors Company, an Interinsurance Exchange | | 10275 West Higgins Road, Suite 750 | | | Rosemont | IL | 60018 | |
| The Enclave U.S. Limited Partnership | | 550 N. Reo St. | Suite 100 | | Tampa | FL | 33609 | |
| The Hanover Insurance Company - Automobile Liability | | 199 Water Street | | | New York | NY | 10038 | |
| The Hanover Insurance Company - Commercial General Liability | | 1690 New Britain Ave., Suite 101 | | | Farmington | CT | 06032 | |
| The Hanover Insurance Company - Professional Liability | | 399 Park Ave., 8th Floor | | | New York | NY | 10022 | |
| The Hanover Insurance Company - Second Layer Excess | | One Seaport Plaza, 199 Water Street, 21st Floor | | | New York | NY | 10038 | |
| UHY | Jeanie Marino | 1185 Avenue of the Americas | 38th Floor | | New York | NY | 10036 | |
| United States Attorney for the Southern District of Texas | | 1000 Louisiana, Ste 2300 | | | Houston | TX | 77002 | |
| US Centers for Medicare and Medicaid Services (CMS) | Attn: The Honorable Chiquita Brooks-LaSure - Administrator | 200 Independence Avenue, S.W. | | | Washington | DC | 20201 | |
| US Centers for Medicare and Medicaid Services (CMS) | Janice L. Hoffman | Office of the General Counsel | Associate General Counsel | 330 Independence Ave., SW, Room 5309 | Washington | DC | 20201 | |

Creditor Matrix

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| US Department of Health & Human Services | Debbie Ann Belcher | Regional Chief Counsel, Region VI | Office of the General Counsel | 1301 Young St., Room 1138 | Dallas | TX | 75202 | |
| US Department of Health and Human Services | Attn: General Counsel | 200 Independence Avenue, S.W. | | | Washington | DC | 20201 | |
| US Department of Health and Human Services | | Xavier Becerra, Secretary | 200 Independence Avenue, S.W. | | Washington | DC | 20201 | |
| US Department of Justice | The Honorable Merrick Garland, Attorney General | 950 Pennsylvania Avenue, NW | | | Washington | DC | 20530-0001 | |
| Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 | |
| Utah Dept of Taxation | Attn Bankruptcy Section | 210 North 1950 West | | | Salt Lake City | UT | 84134 | |
| Wager & Wager, LLC | Registered Agent, Mark Gilbert | 9017 S. Riverside Dr., Ste. 120 | | | Sandy | UT | 84070 | |
| Wager & Wager, LLC | | 91 Twin Waters Lane | | | Ellensburg | WA | 98926 | |
| Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 | |
| Washington Dept of Revenue | Attn Bankruptcy Unit | 2101 4th Ave, Suite 1400 | | | Seattle | WA | 98121 | |
| Wells Fargo Bank | Akkila Hayes | 9511 N Sam Houston Pkwy E | | | Humble | TX | 77396 | |
| Wisconsin Attorney General | Attn Bankruptcy Department | Wisconsin Dept. of Justice | 114 East, State Capitol | PO Box 7857 | Madison | WI | 53707-7857 | |
| Wisconsin Department of Revenue | Special Procedures Unit | PO Box 8901 | | | Madison | WI | 53708-8901 | |
| Wisconsin Department of Revenue | | PO Box 8906 | | | Madison | WI | 53708-8906 | |
| Wisconsin Dept of Revenue | | 2135 Rimrock Rd | | | Madison | WI | 53713 | |
| Wound Pros Management Group | Attn: Dr. Relaford | 5901 West Century Blvd | Suite 750 | | Los Angeles | CA | 90045 | |