## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| GLOBAL WOUND CARE MEDICAL GROUP, a Professional Corporation,[1] | Case No. 24-34908 (CML) |
| Debtor and Debtor in Possession. | |

### NOTICE OF FILING OF
### AMENDED CREDITOR MATRIX

**PLEASE TAKE NOTICE** that, on October 22, 2024, Global Wound Care Medical Group, a Professional Corporation, the debtor and debtor and possession in the above-captioned case (the "Debtor"), filed its creditor matrix [Docket No. 14], pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that the Debtor hereby files an amended creditor matrix, attached hereto as **Exhibit A**.

Dated: October 23, 2024

**DENTONS US LLP**

*/s/ Casey W. Doherty Jr.*
Casey W. Doherty Jr.
**DENTONS US LLP**
1300 Post Oak Blvd.
Suite 650
Houston, TX 77056
Phone:  (713) 658-4600
Email: casey.doherty@dentons.com

---

[1] The last four digits of the Debtor's tax identification number in the jurisdiction in which it operates is 3572.

- and -

Samuel R. Maizel (pro hac vice pending)
Tania M. Moyron (pro hac vice pending)
DENTONS US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, CA 90017
Telephone:  (213) 892-2910
Email:  samuel.maizel@dentons.com
          tania.moyron@dentons.com

*Proposed Counsel to the Debtor and*
*Debtor-in-Possession*

# **EXHIBIT A**

US_ACTIVE\128160096\V-2

**Creditor Matrix**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 2045 Peachtree CAF, LLC | | 5910 N. Central Expressway | Suite 1400 | | Dallas | TX | 75206 | |
| 2400 Whitt, LLC | | 2400 Augusta Drive | Suite 352 | | Houston | TX | 77057 | |
| Acrisure Partners West Coast Insurance Services | | 34 S 2nd Street | | | Campbell | CA | 95008 | |
| ADP, LLC | | 5355 Orangethorp Ave | | | La Palma | CA | 90623-1002 | |
| Alabama Attorney General | Attn Bankruptcy Department | 501 Washington Ave | PO Box 300152 | | Montgomery | AL | 36104-0152 | |
| Alabama Dept of Revenue | | 50 North Ripley St | | | Montgomery | AL | 36104 | |
| AMWINS Special Risk Underwriters | | 725 South Figueroa Street, Suite 190 | | | Los Angeles | CA | 90017 | |
| Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 | |
| Arizona Dept of Revenue | | 1600 West Monroe St | | | Phoenix | AZ | 85007 | |
| Arkansas Attorney General | Attn Bankruptcy Department | 323 Center St. Ste 200 | | | Little Rock | AR | 72201-2610 | |
| Arkansas Dept of Finance & Administration | Administrative Services | 1515 W 7th St, Ste 700 | | | Little Rock | AR | 72201 | |
| Arkansas Dept of Finance & Administration | RLC Mailing Address | PO Box 1272 | | | Little Rock | AR | 72203-1272 | |
| Bill Relaford, DPM | | 5901 West Century Blvd | Suite 750 | | Los Angeles | CA | 90045 | |
| California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | |
| California Department of Tax and Fee Administration | Account Information Group, MIC:29 | PO Box 942879 | | | Sacramento | CA | 94279-0029 | |
| California Department of Tax and Fee Administration | Collections Support Bureau Bankruptcy Team, MIC:74 | PO Box 942879 | | | Sacramento | CA | 94279-0074 | |
| California Franchise Tax Board | Business Entity Bankruptcy MS A345 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | |
| California Franchise Tax Board | Legal Division | PO Box 1720 | | | Rancho Cordova | CA | 95741-1720 | |
| California State Board of Equalization | Legal Department, MIC:121 | 450 N St. | P.O. Box 942879 | | Sacramento | CA | 94279-0029 | |
| Cigna | Richard Truax | 900 Cottage Grove Rd. | | | Bloomfield | CT | 06002 | |
| Connecticut Attorney General | Attn Bankruptcy Department | 165 Capitol Avenue | | | Hartford | CT | 06106 | |
| Connecticut Department of Revenue Services | Department of Revenue Services | 450 Columbus Blvd., Ste 1 | | | Hartford | CT | 06103 | |
| Detroit Riverview Medical Complex, LLC | | 839 N. Jefferson St. | Suite 600 | | Milwaukee | WI | 53202 | |
| Equitable | Katherine Hayden | 1345 Avenue of the Americas | | | New York | NY | 10105 | |
| Evanston Insurance Company | | 10275 W. Higgins Road, Suite 750 | | | Rosemont | IL | 60018 | |
| Experian | Caleb Vansteenwyk | 475 Anton Blvd. | | | Costa Mesa | CA | 92626 | |
| Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | |
| Florida Dept of Revenue | Attn Bankruptcy Department | 5050 West Tennessee St | | | Tallahassee | FL | 32399-0112 | |
| Florida Dept of Revenue | General Counsel, Mark Hamilton | PO BOX 6668 | | | Tallahassee | FL | 32314-6668 | |
| Freeman Medical Building, LLC | | 301 N Prairie Ave. | Suite 202 | | Inglewood | CA | 90301 | |
| Gateway Triangle Development, LLC | | 5225 Wilshire Blvd. | Suite 1000 | | Los Angeles | CA | 90036 | |
| Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 | |
| Georgia Dept of Revenue | Compliance Division - Central Collection Section | 1800 Century Blvd NE, Suite 9100 | | | Atlanta | GA | 30345-3202 | |
| Golden Bear Insurance Company | | 1550 W Fremont St | | | Stockton | CA | 95203 | |
| Hooper, Lundy & Bookman, PC | Attn: Charles B. Oppenheim | 1875 Century Park East | | | Los Angeles | CA | 90067 | |
| Hooper, Lundy & Bookman, PC | Attn: David Schumacher | 470 Atlantic Avenue, Suite 1201 | | | Boston | MA | 02210 | |
| HTA - Medical Portfolio 4, LLC | Attn: Chief Executive Officer | 16435 N. Scottsdale Rd., # 320 | | | Scottsdale | AZ | 85254 | |
| Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 | |
| Illinois Dept of Revenue | Bankruptcy Unit | PO Box 19035 | | | Springfield | IL | 62794-9035 | |
| Illinois Secretary of State | Jesse White | 213 State Capitol | | | Springfield | IL | 62756 | |
| Illinois State Treasurer | | 555 W. Monroe Street, 14th Floor | | | Chicago | IL | 60661 | |
| Imperial Realty Company, as agent for | The Klairmont Family, L.L.C. | 4747 W. Peterson Ave. | Suite 200 | | Chicago | IL | 60646 | |
| Internal Revenue Service | | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Joseph Whiting | | Phoenix Business Center | 455 Rast Street | | Sumter | SC | 29150 | |

**Creditor Matrix**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | | Topeka | KS | 66612-1597 | |
| Kansas Dept of Revenue | Scott State Office Building | 120 SE 10th Avenue | | | Topeka | KS | 66612-1103 | |
| Landmark American Insurance Company | | 945 East Paces Ferry Road NE, Suite 1800 | | | Atlanta | GA | 30326 | |
| Louisiana Attorney General | Attn Bankruptcy Department | PO Box 94005 | | | Baton Rouge | LA | 70804 | |
| Louisiana Department of Revenue | | 617 North Third St | | | Baton Rouge | LA | 70802 | |
| Loyal Group REM, LLC | | 105 McLaughlin Rd. | Suite A | | Rochester | NY | 14615 | |
| Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | 20th Floor | | Boston | MA | 02108-1518 | |
| Massachusetts Department of Revenue | | 100 Cambridge St., 2nd Floor | | | Boston | MA | 02114 | |
| Massachusetts Department of Revenue | | PO Box 7090 | | | Boston | MA | 02204-7090 | |
| MCE Packaging Inc. | Attn: Burney Le/Dian Yu | 1700 E. Desert Inn Rd. | Suite 205 | | Las Vegas | NV | 89196 | |
| Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 | |
| Michigan Dept of Treasury | Attn Litigation Liaison | Tax Policy Division | 2nd Floor, Austin Building | 430 West Allegan Street | Lansing | MI | 48922 | |
| Michigan Dept of Treasury | Collection/Bankruptcy Unit | P.O. Box 30168 | | | Lansing | MI | 48909 | |
| Michigan Dept of Treasury | Office of Collections | 430 W. Allegan Street | P.O. Box 30199 | | Lansing | MI | 48909 | |
| Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Bldg | 207 W. High St. | P.O. Box 899 | Jefferson City | MO | 65101 | |
| Missouri Department of Revenue | | 301 West High Street | Harry S Truman State Office Building | | Jefferson City | MO | 65101 | |
| Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St | | Carson City | NV | 89701 | |
| Nevada Dept of Taxation | Attn Bankruptcy Dept | 1550 College Pkwy Ste 115 | | | Carson City | NV | 89706 | |
| Nevada Dept of Taxation | Attn Bankruptcy Dept | 700 E. Warm Springs Rd. 2nd Floor | | | Las Vegas | NV | 89119 | |
| New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 | |
| New Jersey Department of the Treasury | | P.O. Box 002 | | | Trenton | NJ | 08625-0002 | |
| New Jersey Division of Taxation | Attn Bankruptcy Unit | 3 John Fitch Way | PO Box 245 | | Trenton | NJ | 08695-0245 | |
| New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 | |
| New York State Dept of Taxation and Finance | Attn Office of Counsel | Building 9 | WA Harriman Campus | | Albany | NY | 12227 | |
| New York State Dept of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | | Albany | NY | 12205-0300 | |
| North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 | |
| North Carolina Dept of Revenue | Attn Bankruptcy Dept | PO Box 25000 | | | Raleigh | NC | 27640-0640 | |
| Ohio Attorney General | Attn Bankruptcy Department | 50 E. Broad Street 17th Fl | | | Columbus | OH | 43215 | |
| Ohio Dept of Taxation | Attn Bankruptcy Division | 4485 Northland Ridge Blvd. | | | Columbus | OH | 43229 | |
| Ohio Dept of Taxation | Jeff McClain, Tax Commissioner | 4485 Northland Ridge Blvd. | Tax Commissioner's Office | | Columbus | OH | 43229 | |
| Oklahoma Attorney General | Attn Bankruptcy Department | 313 NE 21st St | | | Oklahoma City | OK | 73105 | |
| Oklahoma Tax Commission | General Counsels Office | Oklahoma Tax Commission | | | Oklahoma City | OK | 73194 | |
| Oklahoma Tax Commission | Taxpayer Service Center | 300 N Broadway Ave. | | | Oklahoma City | OK | 73102 | |
| Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 | |
| Oregon Dept of Revenue | Attn Bankruptcy Unit | 955 Center St NE | | | Salem | OR | 97301-2555 | |
| Owen Ellington, MD, JD, PLLC | | 5901 West Century Blvd | Suite 750 | | Los Angeles | CA | 90045 | |
| Peak One | Sarah Ries | 3903 E Primrose Lane | Ste. 102 | | Post Falls | ID | 83854 | |
| Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | |
| Pennsylvania Dept of Revenue | Attn Compliance & Bankruptcy | Strawberry Square Lobby | | | Harrisburg | PA | 17128-0101 | |
| Phoenix Business Center | Attn: Joseph Whitting | 455 Rast Street | | | Sumter | SC | 29150 | |
| Pinnacle Healthcare Consulting | Chris Fete | 220 W Lockwood Avenue | | | Saint Louis | MO | 63119 | |
| QBE Insurance Group | | 1443 Danville Boulevard | | | Alamo | CA | 94507 | |
| Qlarant | Attn: Dr. Ronald G Forsythe, Jr., CEO | 28464 Marlboro Avenue | | | Easton | MD | 21601-2732 | |
| Qlarant | S. Scott Ward, Program Director and Sr. Vice President | Unified Program Integrity Contract, SW Jurisdiction | 28464 Marlboro Avenue | | Easton | MD | 21601-2732 | |
| Qlarant Integrity Solutions, LLC | Aimee Mason | 28464 Marlboro Avenue | | | Easton | MD | 21601-2732 | |
| Ralph Cetrulo | | 45 Atwater Road | | | Chadds Ford | PA | 19317 | |
| Regus Management Group, LLC | | 100 Sun Avenue N.E. | Suite 650 | | Albuquerque | NM | 87109 | |
| Regus Management Group, LLC | | 101 Arch Street | 8th Floor | | Boston | MA | 02110 | |
| Regus Management Group, LLC | | 1200 Route 22 East | Suite 2000 | | Bridgewater | NJ | 08807 | |

**Creditor Matrix**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Regus Management Group, LLC | | 175 Capital Blvd., 4th Floor | | | Rocky Hill | CT | 06067 | |
| Regus Management Group, LLC | | 180 Promenade Circle | Suite 300 | | Sacramento | CA | 95834 | |
| Regus Management Group, LLC | | 1997 Annapolis Exchange Parkway | Suite 300 | | Annapolis | MD | 21401 | |
| Regus Management Group, LLC | | 200 S. Executive Drive | Suite 101 | | Brookfield | WI | 53005 | |
| Regus Management Group, LLC | | 2700 Corporate Drive | Suite 200 | | Birmingham | AL | 35242 | |
| Regus Management Group, LLC | | 301 Grant Street | Suite 270 | | Pittsburgh | PA | 15219 | |
| Regus Management Group, LLC | | 321 S. Boston | Suite 300 | | Tulsa | OK | 74103 | |
| Regus Management Group, LLC | | 333 N. Alabama Street | Suite 350 | | Indianapolis | IN | 46204 | |
| Regus Management Group, LLC | | 400 W. Capitol Avenue | Suite 1700 | | Little Rock | AR | 72201 | |
| Regus Management Group, LLC | | 4600 S Syracuse | 9th Floor | | Denver | CO | 80237 | |
| Regus Management Group, LLC | | 50101 Governors Drive, Suite 280 | | | Chapel Hill | NC | 27517 | |
| Regus Management Group, LLC | | 650 N.E. Holladay Street | Suite 1600 | | Portland | OR | 97232 | |
| Regus Management Group, LLC | | 7300 West 110 St | Commerce Plaza I, 7th Fl | | Overland Park | KS | 66210 | |
| Regus Management Group, LLC | | Corporate Center | 11335 Northeast 122nd, #105 | | Kirkland | WA | 98034 | |
| Rhode Island Attorney General | Attn Bankruptcy Department | 150 S. Main St. | | | Providence | RI | 02903 | |
| Rhode Island Division of Taxation | | One Capitol Hill | | | Providence | RI | 02908 | |
| South Carolina Attorney General | Attn Bankruptcy Department | P.O. Box 11549 | | | Columbia | SC | 29211 | |
| South Carolina Dept of Revenue | Corporate Tax | PO Box 125 | | | Columbia | SC | 29214-0400 | |
| South Carolina Dept of Revenue | | 300A Outlet Pointe Blvd | | | Columbia | SC | 29210 | |
| State of Michigan | Michigan Department of Treasury | | | | Lansing | MI | 49822 | |
| Stephano Slack | Mike Stephano | 125 Strafford Ave., Ste 200 | | | Wayne | PA | 19087 | |
| Sunlife | Colleen Booker | 1 Sun Life Executive Park | | | Wellesley | MA | 02481 | |
| Symetra | Shemar Henry | 777 108th Ave. NE | Ste. 1200 | | Bellevue | WA | 98004 | |
| Tennessee Attorney General | Attn Bankruptcy Department | P.O. Box 20207 | | | Nashville | TN | 37202-0207 | |
| Tennessee Dept of Revenue | c/o Tennessee Attorney General's Office | Bankruptcy Division | PO Box 20207 | | Nashville | TN | 37202-0207 | |
| Tennessee Dept of Revenue | | Andrew Jackson State Office Building | 500 Deaderick St | | Nashville | TN | 37242 | |
| Texas Alcoholic Beverage Commission | | Licenses and Permits Division | P.O. Box 13127 | | Austin | TX | 78711 | |
| Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | |
| Texas Comptroller of Public Accounts | Attn Bankruptcy Section | Lyndon B Johnson State Office Building | 111 East 17th St | | Austin | TX | 78774 | |
| Texas Comptroller of Public Accounts | | PO Box 13528, Capitol Station | | | Austin | TX | 78711-3528 | |
| Texas Comptroller of Public Accounts | | Revenue Accounting Division - Bankruptcy Section | P.O. Box 13528 Capitol Station | | Austin | TX | 78711 | |
| Texas Workforce Commission | | TWC Building - Regulatory Integrity Division | 101 East 15th Street | | Austin | TX | 78711 | |
| The Doctors Company, an Interinsurance Exchange | | 10275 West Higgins Road, Suite 750 | | | Rosemont | IL | 60018 | |
| The Enclave U.S. Limited Partnership | | 550 N. Reo St. | Suite 100 | | Tampa | FL | 33609 | |
| The Hanover Insurance Company - Automobile Liability | | 199 Water Street | | | New York | NY | 10038 | |
| The Hanover Insurance Company - Commercial General Liability | | 1690 New Britain Ave., Suite 101 | | | Farmington | CT | 06032 | |
| The Hanover Insurance Company - Professional Liability | | 399 Park Ave., 8th Floor | | | New York | NY | 10022 | |
| The Hanover Insurance Company - Second Layer Excess | | One Seaport Plaza, 199 Water Street, 21st Floor | | | New York | NY | 10038 | |
| UHY | Jeanie Marino | 1185 Avenue of the Americas | 38th Floor | | New York | NY | 10036 | |
| United States Attorney for the Southern District of Texas | | 1000 Louisiana, Ste 2300 | | | Houston | TX | 77002 | |
| US Centers for Medicare and Medicaid Services (CMS) | Attn: The Honorable Chiquita Brooks-LaSure - Administrator | 200 Independence Avenue, S.W. | | | Washington | DC | 20201 | |
| US Centers for Medicare and Medicaid Services (CMS) | Janice L. Hoffman | Office of the General Counsel | Associate General Counsel | 330 Independence Ave., SW, Room 5309 | Washington | DC | 20201 | |
| US Department of Health & Human Services | Debbie Ann Belcher | Regional Chief Counsel, Region VI | Office of the General Counsel | 1301 Young St., Room 1138 | Dallas | TX | 75202 | |
| US Department of Health and Human Services | Attn: General Counsel | 200 Independence Avenue, S.W. | | | Washington | DC | 20201 | |

**Creditor Matrix**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| US Department of Health and Human Services | | Xavier Becerra, Secretary | 200 Independence Avenue, S.W. | | Washington | DC | 20201 | |
| US Department of Justice | The Honorable Merrick Garland, Attorney General | 950 Pennsylvania Avenue, NW | | | Washington | DC | 20530-0001 | |
| Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 | |
| Utah Dept of Taxation | Attn Bankruptcy Section | 210 North 1950 West | | | Salt Lake City | UT | 84134 | |
| Wager & Wager, LLC | Registered Agent, Mark Gilbert | 9017 S. Riverside Dr., Ste. 120 | | | Sandy | UT | 84070 | |
| Wager & Wager, LLC | | 91 Twin Waters Lane | | | Ellensburg | WA | 98926 | |
| Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 | |
| Washington Dept of Revenue | Attn Bankruptcy Unit | 2101 4th Ave, Suite 1400 | | | Seattle | WA | 98121 | |
| Wells Fargo Bank | Akkila Hayes | 9511 N Sam Houston Pkwy E | | | Humble | TX | 77396 | |
| Wisconsin Attorney General | Attn Bankruptcy Department | Wisconsin Dept. of Justice | 114 East, State Capitol | PO Box 7857 | Madison | WI | 53707-7857 | |
| Wisconsin Department of Revenue | Special Procedures Unit | PO Box 8901 | | | Madison | WI | 53708-8901 | |
| Wisconsin Department of Revenue | | PO Box 8906 | | | Madison | WI | 53708-8906 | |
| Wisconsin Dept of Revenue | | 2135 Rimrock Rd | | | Madison | WI | 53713 | |
| Wound Pros Management Group | Greer & Associates, APC | Attn: C. Keith Greer, Esq. | 16855 West Bernardo Dr., Suite 255 | | San Diego | CA | 92127 | |