**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| GLOBAL WOUND CARE MEDICAL GROUP, a Professional Corporation,[1] | Case No. 24-34908 (CML) |
| Debtor and Debtor in Possession. | |

**SCHEDULE OF ASSETS AND LIABILITIES FOR**
**GLOBAL WOUND CARE MEDICAL GROUP,**
**A PROFESSIONAL CORPORATION (Case No. 24-34908 CML)**

---

[1] The last four digits of the Debtor's tax identification number in the jurisdiction in which it operates is 3572.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| GLOBAL WOUND CARE MEDICAL GROUP, a Professional Corporation,[1] | Case No. 24-34908 (CML) |
| Debtor and Debtor in Possession. | |

**GENERAL GLOBAL NOTES AND STATEMENT OF LIMITATIONS,
METHODOLOGY AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES
OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

On October 21, 2024 (the "Petition Date"), Global Wound Care Medical Group, a Professional Corporation, the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").[2]  The Debtor continues to operate its business as a debtor and debtor in possession, pursuant to §§ 1107(a) and 1108.  The Chapter 11 Case is pending in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court").

The Schedules of Assets and Liabilities (the "Schedules") and the Statements of Financial Affairs (the "SOFAs") filed by the Debtor in the Bankruptcy Court were prepared, pursuant to § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), by the Debtor's management, with the assistance of its advisors and professionals, with unaudited information available as of the Petition Date.  The Schedules and SOFAs do not purport to

---

[1]    The last four digits of the Debtor's tax identification number in the jurisdiction in which it operates is 3572.

[2]    All references to "sections" or "§" herein are to sections of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532.

represent financial statements prepared in accordance with generally accepted accounting principles in the United States ("GAAP"), and they are not intended to be fully reconciled to the Debtor's financial statements.

The Schedules and SOFAs have been signed by an authorized representative of the Debtor. In reviewing and signing the Schedules and SOFAs, this representative relied upon the efforts, statements and representations of the Debtor's personnel and its advisors and professionals. This authorized representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

These General Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "General Notes") are incorporated by reference in, and comprise an integral part of, the Debtor's Schedules and SOFAs, and should be referred to and reviewed in connection with any review of the Schedules and SOFAs.

## I.

## <u>GENERAL NOTES</u>

1. ***<u>Reservation of Rights</u>.*** The Debtor's Chapter 11 Case is large and complex. Although management of the Debtor, with the assistance of its advisors and professionals, have made every reasonable effort to ensure that the Schedules and SOFAs are as accurate and complete as possible, based on the information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and SOFAs, and inadvertent errors or omissions may have occurred. Because the Schedules and

SOFAs contain unaudited information, which is subject to further review, verification, and potential adjustment, these Schedules and SOFAs may be inaccurate and/or incomplete.

2.      **_No Waiver_**. Nothing contained in the Schedules and SOFAs or these General Notes shall constitute an admission or a waiver of the Debtor's right to assert any claims or defenses. For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E/F as "priority," on Schedule E/F as "unsecured nonpriority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to recharacterize or reclassify such claim or contract. Any failure to designate a claim on the Debtor's Schedules and SOFAs as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated."  The Debtor reserves all of its rights to dispute, or to assert offsets or defenses to, any claim reflected on the Schedules and SOFAs as to amount, liability, priority, secured or unsecured status, classification or any other grounds or to otherwise subsequently designate any claim as "contingent," "unliquidated" or "disputed."  The Debtor reserves all of its rights to amend its Schedules and SOFAs as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

3.      **_Reporting Date_**. The asset information provided herein, except as otherwise noted, represents the asset data of the Debtor as of October 21, 2024, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtor as of October 21, 2024.

4.      **_Confidentiality_**. Specific disclosure of certain claims, names, addresses or amounts may be subject to certain disclosure restrictions contained in the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), or otherwise, and in any event, are of a particularly

personal and private nature. To the extent the Debtor believes a claim, name, address, or amount falls under the purview of HIPAA or includes information that is personal or private in nature, such claims, name, address, or amount (as applicable) are not included in these Schedules and SOFAs.

5.     ***Estimates and Assumptions.*** The preparation of the Schedules and SOFAs required the Debtor to make estimates and assumptions that affected the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities and the reported amounts of revenue and expense. Actual results could differ materially from these estimates.

6.     ***Asset Presentation and Valuation.*** The Debtor does not have current market valuations for all of its assets.  It would be prohibitively expensive, unduly burdensome and an inefficient use of estate resources for the Debtor to obtain current market valuations for all of its assets.  Wherever possible, unless otherwise indicated, book values are as of the October 21, 2024, inclusive of any applicable depreciation. When necessary, the Debtor has indicated that the value of certain assets is "Unknown" or "Undetermined."  Amounts ultimately realized may vary from whatever value was ascribed and such variance may be material.  Accordingly, the Debtor reserves all of its rights to amend, supplement, or adjust the value of each asset set forth herein.  Also, goods received by the Debtor within 20 days of the Petition Date are subject to use and depletion and may not have been on hand on the Petition Date.

7.     ***Liabilities.*** Certain of the liabilities are scheduled unknown, contingent and/or unliquidated at this time. Accordingly, the Schedules and the SOFAs do not accurately reflect the aggregate amount of the Debtor's total liabilities.

8.     ***Recharacterization.*** The Debtor has made reasonable efforts to characterize, classify, categorize, or designate the claims, assets, executory contracts, unexpired leases, and

other items reported in the Schedules and SOFAs correctly. Due to the complexity and size of the Debtor's business, however, the Debtor may have improperly characterized, classified, categorized, or designated certain items. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the rights or obligations represented by such item.

9. **_Undetermined or Unknown Amounts_**. The description of an amount as "Undetermined" or "Unknown" is not intended to reflect upon the materiality of such amount. Certain amounts may be clarified over the period of the bankruptcy proceedings and certain amounts may depend on contractual obligations to be assumed or rejected as part of a sale in a bankruptcy proceeding under § 363.

10. **_Bankruptcy Court First-Day Orders_**. The Bankruptcy Court has entered certain orders (the "Orders") authorizing the Debtor to pay various outstanding prepetition claims, including, but not limited to, payments relating to employee compensation and benefits. In general, claims paid pursuant to the Orders are not reflected in the Schedules and SOFAs.

11. **_Contingent Assets and Causes of Action_**. Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third parties as assets in its Schedules and SOFAs, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets.  The Debtor reserves all of its rights with respect to any claims, causes of action, or avoidance actions it may have, and neither these General Notes nor the Schedules and SOFAs shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.  The value of any claim against a collection party is an estimate and held by the Debtor.

Additionally, prior to the Petition Date, the Debtor, as plaintiff, may have commenced various lawsuits in the ordinary course of its business against third parties seeking monetary damages for business-related losses and/or other forms of relief. Refer to each SOFA Question No. 7, for lawsuits commenced prior to the relevant Petition Date in which the Debtor was a plaintiff.

12. ***Unknown Addresses.*** The Debtor has made and continue to make its best efforts to collect all addresses for all parties in interest; not all addresses for parties on these Schedules and SOFAs have been obtained. The Debtor continues to pursue complete notice information and will provide updated information as reasonably practicable.

13. ***General Conventions Relating to the Schedules.*** The Debtor adopted the following conventions in connection with the preparation of the Schedules:

    a.    Schedule A/B. The Debtor's assets on Schedule A/B are listed at book value based on the Debtor's reasonable best efforts as of October 21, 2024, and may not necessarily reflect the market or recoverable value of these assets as of the Petition Date. As such, the balances presented in Schedule A/B are subject to further revision and change.

    b.    Schedule E/F. The Debtor has made reasonable efforts to report all priority and general unsecured claims against the Debtor on Schedule E/F based on the Debtor's books and records as of the Petition Date. The claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose may be unknown or subject to dispute. Although reasonable efforts have been made to determine the date upon which claims listed on Schedule E/F were incurred or arose, fixing that date for each claim on Schedule E/F would be unduly burdensome and cost prohibitive and, therefore, the Debtor has not listed a date for each claim listed on Schedule E/F.

        Certain tax claims are, or may in the future be, subject to audit, and the Debtor is unable to determine with certainty the amount of certain tax claims listed on Schedule E/F. Therefore, the Debtor has listed such claims as "Undetermined" in amount, pending final resolution of any ongoing or future audits or outstanding issues. In addition, there may be other contingent, unliquidated claims from state and local taxing authorities, not all of which are listed.

        The listing of any priority claim on Schedule E/F does not constitute an admission by the Debtor that such claim is entitled to priority treatment

under § 507. The Debtor reserves the right to take the position that any claim listed on Schedule E/F is not entitled to priority.

Schedule E/F also contains the information available to the Debtor as of the Petition Date regarding pending litigation involving the Debtor. The inclusion of any legal action in the Schedules and SOFAs does not constitute an admission by the Debtor of any liability, the validity of any litigation, the amount of any potential claim that may result with respect to any legal action, or the amount and treatment of any potential claim resulting from any legal action currently pending or that may arise in the future.

Schedule E/F does not include certain deferred liabilities, accruals, or general reserves. Such amounts are general estimates and do not represent specific claims as of the Petition Date for the Debtor.

In the ordinary course of business, the Debtor generally receives invoices for goods and services after the delivery of such goods or services. As of the filing of the Schedules and SOFA, the Debtor has not received all invoices for payables, expenses, or liabilities that may have accrued before the Petition Date. Accordingly, the information contained in Schedules E/F may be incomplete. The Debtor reserves the right, but is not required, to amend Schedule E/F if and as it receives such invoices. The claims of individual creditors are generally listed at the amounts recorded on the Debtor's books and records and may not reflect credits or allowances due from the creditor. The Debtor reserves all of its rights concerning credits or allowances.

c.    Schedule G. While reasonable efforts have been made to ensure the accuracy of the Schedule of Executory Contracts and Unexpired Leases, inadvertent errors or omissions may have occurred. The Debtor hereby reserves all of its rights to dispute the validity, status or enforceability of any contract, agreement or lease set forth on Schedule G and to amend or supplement such Schedule as necessary. The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed therein. Certain of the executory agreements may not have been memorialized and could be subject to dispute. The Debtor reserves all of its rights, claims and causes of action with respect to the contracts and agreements listed on these Schedules and SOFAs, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument.

## III.

## SCHEDULES AND SOFAs

14.     Further notes regarding specific Schedules and SOFA questions:

- Wound Pros Management Group, Inc., a Management Services Organization (the "MSO"), provides the Debtor with certain non-clinical administrative and management services pursuant to a Management Services Agreement.

- *Schedule H.* American Wound Care Partners is a co-lessee with the Debtor related to office space located at 455 Rast Street, Suite D, Sumter, SC 29150.

- *SOFA Question No. 7.* – Investigations made in the ordinary course of the Debtor's business (e.g., billing investigations) are not reflected in response to SOFA No. 7.

- *SOFA Question No. 11.* – SOFA No. 11 reflects two payments from the MSO to Ankura Consulting Group: (i) $150,000 on October 17, 2024, and (ii) $50,000 on October 18, 2024.  The Debtor reimbursed the MSO for the $150,000 payment, as reflected in SOFA No. 3.  SOFA No. 11 also reflects two payments to Dentons US LLP: (i) $250,000 on September 30, 2024, and (ii) $250,000 on October 11, 2024. The Debtor reimbursed the MSO for both of these payments, as reflected in SOFA No. 3.

## IV.

## CONCLUSION

15.     *Limitation of Liability.* The Debtor and its officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. The Debtor and its officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or recategorized. In no event shall the Debtor or its officers, employees, agents, attorneys, and

financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused.

Dated: December 4, 2024   DENTONS US LLP

By: */s/ Samuel R. Maizel*
   Samuel R. Maizel
   Tania M. Moyron

   Attorneys for Chapter 11 Debtor and Debtor in Possession

**Fill in this information to identify the case:**

Debtor Name: In re : Global Wound Care Medical Group, a Professional Corporation

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 24-34908 (CML)

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

## Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**

   Copy line 88 from *Schedule A/B* ............................................................................

   | $ | 0.00 |
   |---|---|

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B* ...........................................................................

   | $ | 188,347,380.38 |
   |---|---|

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B* .............................................................................

   | $ | 188,347,380.38 |
   |---|---|

## Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ......................

   | $ | 0.00 |
   |---|---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ................................

   | $ | 0.00 |
   |---|---|

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ................................

   | + $ | 156,816,443.86 |
   |---|---|

4. **Total liabilities**

   Lines 2 + 3a + 3b ..................................................................................................

   | $ | 156,816,443.86 |
   |---|---|

| Fill in this information to identify the case: |
| --- |
| Debtor Name: In re : Global Wound Care Medical Group, a Professional Corporation |
| United States Bankruptcy Court for the: Southern District of Texas |
| Case number (if known): 24-34908 (CML) |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

   2.1  None                                                                           $ _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   | --- | --- | --- | --- |
   | 3.1  Wells Fargo Bank | Operating | 9783 | $              16,794,531.89 |

4. **Other cash equivalents** *(Identify all)*

   4.1  None                                                                           $ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | | |
   | --- | --- |
   | $ | 16,794,531.89 |

Debtor: Global Wound Care Medical Group, a Professional Corporation

Name

Case number *(if known)*: 24-34908

---

**Part 2:    Deposits and prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 See Schedule A/B 7 Attachment                                    $                18,931.02

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 Insurance Services - Acrisure Partners West Coast Insurance Services LLC        $              272,212.50

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                        $              291,143.52

---

Debtor: Global Wound Care Medical Group, a Professional Corporation
_____
Name

Case number *(if known)*:  24-34908
_____

**Part 3:**   **Accounts receivable**

10.  **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |
|---|---|
|  | **Current value of debtor's interest** |

11.  **Accounts receivable**

| | | Description | face amount | | doubtful or uncollectible accounts | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | Accounts Receivable | $ 65,607,048.00 | - $ | 0.00 | =..... ➜ | $ | 65,607,048.00 |
| 11b. | Over 90 days old: | Accounts Receivable | $ 46,186,687.47 | - $ | 0.00 | =..... ➜ | $ | 46,186,687.47 |

12.  **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| |
|---|
| $        111,793,735.47 |

Debtor: Global Wound Care Medical Group, a Professional Corporation

Name

Case number *(if known)*: 24-34908

| Part 4: | Investments |
|---------|-------------|

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|--|--|--|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

_____   _____   $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

_____   _____   _____   $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

_____   _____   $ _____

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

$ _____ 0.00

Debtor: Global Wound Care Medical Group, a Professional Corporation

Name

Case number *(if known)*: 24-34908

---

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19. **Raw materials** | | $ | | $ |
| 20. **Work in progress** | | $ | | $ |
| 21. **Finished goods, including goods held for resale** | | $ | | $ |
| 22. **Other inventory or supplies** | | $ | | $ |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ _____ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Description_____ Book value $ _____ Valuation method _____ Current value $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor: Global Wound Care Medical Group, a Professional Corporation

Name

Case number *(if known)*: 24-34908

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    ☒ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Description_____ Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor: Global Wound Care Medical Group, a Professional Corporation
_____
Name

Case number *(if known)*:  24-34908

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $ | | $ |
| 40. **Office fixtures** | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ | | $ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | $ | | $ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    $ _____ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

Official Form 206 A/B          **Schedule A/B: Assets - Real and Personal Property**          Page 7 of 12

Debtor: Global Wound Care Medical Group, a Professional Corporation    Case number *(if known):* 24-34908
_____
Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| _____ | $ _____ | _____ | $ _____ |
| 49. **Aircraft and accessories** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $ _____ | _____ | $ _____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ _____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor: Global Wound Care Medical Group, a Professional Corporation

Case number *(if known)*: 24-34908

Name

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☐  No. Go to Part 10.

☑  Yes. Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  See Schedule A/B 55 Attachment | | $              0.00 | | $      Undetermined |

**56.  Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$              0.00

**57.  Is a depreciation schedule available for any of the property listed in Part 9?`**

☑  No

☐  Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑  No

☐  Yes

| Debtor: | Global Wound Care Medical Group, a Professional Corporation | Case number *(if known):* | 24-34908 |
| --- | --- | --- | --- |
| | Name | | |

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 None | $ | | $ |
| **61. Internet domain names and websites** | | | |
| 61.1 None | $ | | $ |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 State of Arizona - Business License | $          0.00 | | $     Undetermined |
| 62.2 State of Nevada - Business License | $          0.00 | | $     Undetermined |
| 62.3 State of Washington - Business License | $          0.00 | | $     Undetermined |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 Patient Medical Records | $          0.00 | | $     Undetermined |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 None | $ | | $ |
| **65. Goodwill** | | | |
| 65.1 None | $ | | $ |

| **66. Total of Part 10.** | |
| --- | --- |
| Add lines 60 through 65. Copy the total to line 89. | $          0.00 |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Global Wound Care Medical Group, a Professional Corporation      Case number *(if known):*    24-34908

     Name

---

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐   No. Go to Part 12.

☑   Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

Description (include name of obligor)      Total face amount      doubtful or uncollectible accounts

71.1   Loan to Amador Miranda    $      20,000.00   - $ _____ =..... ➔ $      20,000.00

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1   None      Tax year _____      $ _____

73. **Interests in insurance policies or annuities**

73.1   See Schedule A/B 73 Attachment      $      Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1   None      $ _____

     **Nature of claim** _____

     **Amount requested**   $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1   Funds held in CMS accounts receivable suspension account - See SOFA 7      $      59,444,423.00

     **Nature of claim**   Medicare Claim

     **Amount requested**   $      59,444,423.00

76. **Trusts, equitable or future interests in property**

76.1   None      $ _____

77. **Other property of any kind not already listed** *Examples*: Season tickets, country club membership

77.1   Wound Care Consultants - Other Receivable      $      3,546.50

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.      $      59,467,969.50

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑   No

☐   Yes

Debtor:  Global Wound Care Medical Group, a Professional Corporation          Case number *(if known)*    24-34908
_____
Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $    16,794,531.89 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $    291,143.52 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $    111,793,735.47 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $    0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $    0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $    0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $    0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $    0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................➔ | | $    0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $    0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $    59,467,969.50 | |
| 91. **Total.** Add lines 80 through 90 for each column..................91a. | $    188,347,380.38  + 91b. | $    0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................ | | $    188,347,380.38 |

**Fill in this information to identify the case:**

Debtor Name: In re : Global Wound Care Medical Group, a Professional Corporation

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 24-34908 (CML)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.1 **Creditor's name**

Describe debtor's property that is subject to a lien

$ _____     $ _____

Creditor's Name

**Creditor's mailing address**

Describe the lien

Notice Name

Street

**Is the creditor an insider or related party?**

☐ No
☐ Yes

City          State          ZIP Code

Country

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**Creditor's email address, if known**

**Date debt was incurred**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　☐ Yes. The relative priority of creditors is specified on lines

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line _____ | _____ |

Name
_____

Notice Name
_____

Street
_____

_____

_____

City                          State            ZIP Code
_____

Country
_____

**Fill in this information to identify the case:**

Debtor Name: In re : Global Wound Care Medical Group, a Professional Corporation

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 24-34908 (CML)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

☐ No. Go to Part 2.

☑ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|
| 2.1 **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

As of the petition filing date, the claim is:
*Check all that apply.*

See Schedule E/F, Part 1 Attachment

Creditor Name

☐ Contingent

☐ Unliquidated

Creditor's Notice name

☐ Disputed

Address

**Basis for the claim:**

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
| --- | --- |

**3.1** **Nonpriority creditor's name and mailing address**

Centers for Medicare and Medicaid Services
_Creditor Name_


_Creditor's Notice name_

The Honorable Chiquita Brooks-LaSure - Administrator
_Address_

200 Independence Avenue, S.W.


| Washington | DC | 20201 |
| --- | --- | --- |
| _City_ | _State_ | _ZIP Code_ |


_Country_

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ _____ Undetermined
_Check all that apply._

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Overpayments/False Claims Act

**Is the claim subject to offset?**

☐ No

☑ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**

Wound Pros Management Group, Inc
_Creditor Name_


_Creditor's Notice name_

5901 W Century Blvd, Suite 750
_Address_


| Los Angeles | CA | 90045 |
| --- | --- | --- |
| _City_ | _State_ | _ZIP Code_ |


_Country_

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ _____ 156,816,443.86
_Check all that apply._

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Management Services Agreement

**Is the claim subject to offset?**

☑ No

☐ Yes

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.
   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1 Greer & Associates**

Name
C. Keith Greer, Esq.
Notice Name
16855 W Bernardo Dr., #255
Street

Line  3.2

☐  Not Listed.Explain

| San Diego | CA | 92127 |
|---|---|---|
| City | State | ZIP Code |

Country

**4.2 U.S Dept. of Justice**

Name
Civil Divison
Notice Name
175 N Street NE
Street
Rm 9.108

Line  3.1

☐  Not Listed.Explain

| Washington | DC | 20002 |
|---|---|---|
| City | State | ZIP Code |

Country

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 156,816,443.86 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 156,816,443.86 |

**Fill in this information to identify the case:**

Debtor Name: In re : Global Wound Care Medical Group, a Professional Corporation

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 24-34908 (CML)

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

2.1 **State what the contract or lease is for and the nature of the debtor's interest**    See Schedule G Attachment

Name

Notice Name

**State the term remaining**

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

**Fill in this information to identify the case:**

Debtor Name: In re : Global Wound Care Medical Group, a Professional Corporation

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 24-34908 (CML)

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                                     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,**
   ***Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is
   listed. If the codebtor is liable to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  American Wound Care Partners | 455 Rast Street | Joseph Whiting | ☐ D |
| | Street | | |
| | Suite D | | ☐ E/F |
| | | | ☑ G |
| | Sumter          SC          29150 | | |
| | City          State          ZIP Code | | |
| | Country | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor Name: In re : Global Wound Care Medical Group, a Professional Corporation</td></tr>
<tr><td>United States Bankruptcy Court for the: Southern District of Texas</td></tr>
<tr><td>Case number (if known): 24-34908 (CML)</td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>12/04/2024</u>
         MM / DD / YYYY

✖ <u>/ s / Ralph Cetrulo</u>
Signature of individual signing on behalf of debtor

<u>Ralph Cetrulo</u>
Printed name

<u>Chief Financial Officer</u>
Position or relationship to debtor

**In re: Global Wound Care Medical Group, a Professional Corporation**
**Case No. 24-34908**
Schedule A/B 7
Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | City | State | Current value of debtor's interest |
|---|---|---|---|---|
| Security Deposit | Regus | Boston | Massachusetts | $108.00 |
| Security Deposit | Regus | Bridgewater | New Jersey | $1,730.90 |
| Security Deposit | Regus | Brookfield | Wisconsin | $889.08 |
| Security Deposit | Regus | Chapel Hill | North Carolina | $559.55 |
| Security Deposit | Regus | Clayton | Missouri | $1,707.00 |
| Security Deposit | Regus | Denver | Colorado | $1,425.00 |
| Security Deposit | Regus | Little Rock | Arkansas | $610.20 |
| Security Deposit | Regus | Manchester | New Hampshire | $316.35 |
| Security Deposit | Regus | Missoula | Montana | $1,220.40 |
| Security Deposit | Regus | Ontario | California | $3,927.00 |
| Security Deposit | Regus | Overland Park | Kansas | $1,055.00 |
| Security Deposit | Regus | Pittsburgh | Pennsylvania | $569.70 |
| Security Deposit | Regus | Portland - Liberty Centre | Oregon | $1,267.30 |
| Security Deposit | Regus | Sioux Falls | South Dakota | $1,653.54 |
| Security Deposit | Regus | Totowa | New Jersey | $1,892.00 |
| | | | TOTAL: | $18,931.02 |

**In re: Global Wound Care Medical Group, a Professional Corporation**
**Case No. 24-34908**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Office Rental | 100 Sun Ave. N.E, Suite 650, Albuquerque, NM 87109 | Leased office space | $0.00 | | Undetermined |
| Office Rental | 101 Arch St., 8th Floor, Boston, MA 02110 | Leased office space | $0.00 | | Undetermined |
| Office Rental | 11335 Northeast 122nd Corporate Center, Suite 105, Kirkland, WA 98034 | Leased office space | $0.00 | | Undetermined |
| Office Rental | 1200 Route 22 East, Suite 2000, Bridgewater, NJ, 08807 | Leased office space | $0.00 | | Undetermined |
| Office Rental | 175 Capital Blvd 4th Floor, Rocky Hill, CT 06067 | Leased office space | $0.00 | | Undetermined |
| Office Rental | 180 Promenade Circle Suite 300, Sacramento, CA 95834 | Leased office space | $0.00 | | Undetermined |
| Office Rental | 1997 Annapolis Exchange Parkway, Suite 300, Annapolis, MD 21401 | Leased office space | $0.00 | | Undetermined |
| Office Rental | 200 South Executive Dr., Suite 101, Brookfield, WI 53005 | Leased office space | $0.00 | | Undetermined |
| Office Rental | 2700 Corporate Drive, Suite 200, Birmingham, AL 35242 | Leased office space | $0.00 | | Undetermined |
| Office Rental | 301 Grant Street, Suite 270 Pittsburgh, PA 15219 | Leased office space | $0.00 | | Undetermined |
| Office Rental | 321 S Boston Suite 300,Tulsa, OK 74103 | Leased office space | $0.00 | | Undetermined |
| Office Rental | 333 N. Alabama Street, Suite 350, Indianapolis, IN 46204 | Leased office space | $0.00 | | Undetermined |
| Office Rental | 400 West Capitol Ave., Suite 1700, Little Rock, AK 72201 | Leased office space | $0.00 | | Undetermined |
| Office Rental | 455 Rast Street, Suite B, Sumter, SC 29150 | Leased office space | $0.00 | | Undetermined |
| Office Rental | 455 Rast Street, Suite D, Sumter, SC 29150 | Leased office space | $0.00 | | Undetermined |
| Office Rental | 4600 South Syracuse, 9th Floor, Denver, CO 80237 | Leased office space | $0.00 | | Undetermined |
| Office Rental | 50101 Governors Dr., Suite 280, Chapel Hill, NC 27517 | Leased office space | $0.00 | | Undetermined |
| Office Rental | 650 N E Holladay Street, Suite 1600, Portland, OR 97232 | Leased office space | $0.00 | | Undetermined |
| Office Rental | 7300 West 110 Street, 7th Floor, Overland Park, KS 66210 | Leased office space | $0.00 | | Undetermined |
| Office Rental | 7777 Bonhomme Ave., Suite 1800, Clayton, MS 63105 | Leased office space | $0.00 | | Undetermined |
| Office Rental | 8295 Tournament Dr, Suite 150, Memphis,TN 38125 | Leased office space | $0.00 | | Undetermined |
| | | **TOTAL:** | **$0.00** | **TOTAL:** | **Undetermined** |

**In re: Global Wound Care Medical Group, a Professional Corporation**
**Case No. 24-34908**
Schedule A/B 73
Interests in insurance policies or annuities

| Company | Type | Account number / Policy number | Current value of debtor's interest |
|---------|------|-------------------------------|-----------------------------------|
| AMWINS Special Risk | Commercial Property - First Level | IN939100244-00 | Undetermined |
| Evanston Insurance Company | Commercial Property - Third Level | IN939100244-00 | Undetermined |
| Golden Bear Insurance Company | Commercial Property - Fourth Level | IN939100244-00 | Undetermined |
| Landmark American Insurance | Commercial Property - Second Level | IN939100244-00 | Undetermined |
| QBE Insurance | Workers Compensation/Employee Liability | QWC4902264 | Undetermined |
| The Doctors Company, an Interinsurance Exchange | Excess Liability | L3J-J751613-00 | Undetermined |
| The Hanover Insurance Company | Automobile Liability | L3J-J751613-00 | Undetermined |
| The Hanover Insurance Company | Commercial General Liability | L3J-J751613-00 | Undetermined |
| The Hanover Insurance Company | Professional Liability/Medical Malpractice | L3J-J751613-00 | Undetermined |
| The Hanover Insurance Company | 2nd Layer Excess | MFX-02503-24-00 | Undetermined |
| | | **TOTAL:** | **Undetermined** |

**In re: Global Wound Care Medical Group, a Professional Corporation**
**Case No. 24-34908**
Schedule E/F, Part 1
Creditors Who Have PRIORITY Unsecured Claims

| Line | Priority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Date incurred | Account number (last 4 digits) | Specify Code subsection: 11 § U.S.C. 507(a)(_) | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Total claim | Priority amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.1 | Alabama Department of Revenue | | 50 North Ripley St | | Montgomery | AL | 36104 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.2 | Arizona Department of Revenue | | 1600 West Monroe St | | Phoenix | AZ | 85007 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.3 | Arkansas Department of Finance & Administration | Administrative Services | 1515 W 7th St, Ste 700 | | Little Rock | AR | 72201 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.4 | California Department of Tax and Fee Administration | Account Information Group, MIC 29 | PO Box 942879 | | Sacramento | CA | 94279-0029 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.5 | California Franchise Tax Board | Business Entity Bankruptcy MS A345 | P.O. Box 2952 | | Sacramento | CA | 95812-2952 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.6 | California State Board of Equalization | Legal Department, MIC 121 | 450 N St. | P.O. Box 942879 | Sacramento | CA | 94279-0029 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.7 | Connecticut Department of Revenue Services | Department of Revenue Services | 450 Columbus Blvd., Ste 1 | | Hartford | CT | 06103 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.8 | Florida Department of Revenue | Attn Bankruptcy Dept | 5050 West Tennessee St | | Tallahassee | FL | 32399-0112 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.9 | Georgia Department of Revenue | Compliance Division - Central Collection Section | 1800 Century Blvd NE, Suite 9100 | | Atlanta | GA | 30345-3202 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.10 | Illinois Department of Revenue | Bankruptcy Unit | PO Box 19035 | | Springfield | IL | 62794-9035 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.11 | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.12 | Kansas Department of Revenue | Scott State Office Building | 120 SE 10th Avenue | | Topeka | KS | 66612-1103 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.13 | Louisiana Department of Revenue | | 617 North Third St | | Baton Rouge | LA | 70802 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.14 | Massachusetts Department of Revenue | | 100 Cambridge St., 2nd Floor | | Boston | MA | 02114 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.15 | Michigan Department of Treasury | Collection/Bankruptcy Unit | P.O. Box 30168 | | Lansing | MI | 48909 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.16 | Missouri Department of Revenue | | 301 West High Street | Harry S Truman State Office Building | Jefferson City | MO | 65101 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.17 | Nevada Department of Taxation | Attn Bankruptcy Dept | 1550 College Pkwy Ste 115 | | Carson City | NV | 89706 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.18 | New Jersey Department of the Treasury | | P.O. Box 002 | | Trenton | NJ | 08625-0002 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.19 | New Jersey Division of Taxation | Attn Bankruptcy Unit | 3 John Fitch Way | PO Box 245 | Trenton | NJ | 08695-0245 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.20 | New York State Department of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | Albany | NY | 12205-0300 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.21 | North Carolina Department of Revenue | Attn Bankruptcy Dept | PO Box 25000 | | Raleigh | NC | 27640-0640 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.22 | Ohio Department of Taxation | Attn Bankruptcy Division | 4485 Northland Ridge Blvd. | | Columbus | OH | 43229 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.23 | Oklahoma Tax Commission | General Counsels Office | Oklahoma Tax Commission | 300 N Broadway Ave. | Oklahoma City | OK | 73194 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.24 | Oregon Department of Revenue | Attn Bankruptcy Unit | 955 Center St NE | | Salem | OR | 97301-2555 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.25 | Pennsylvania Department of Revenue | Attn Compliance & Bankruptcy | Strawberry Square Lobby | | Harrisburg | PA | 17128-0101 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.26 | Rhode Island Division of Taxation | | One Capitol Hill | | Providence | RI | 02908 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.27 | South Carolina Department of Revenue | Corporate Tax | PO Box 125 | | Columbia | SC | 29214-0400 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.28 | State of Michigan | Michigan Department of Treasury | | | Lansing | MI | 48922 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.29 | Tennessee Department of Revenue | c/o Tennessee Attorney Generals Office | Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.30 | Texas Comptroller of Public Accounts | Attn Bankruptcy Section | Lyndon B Johnson State Office Building | 111 East 17th St | Austin | TX | 78774 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.31 | Texas Workforce Commission | | TWC Building - Regulatory Integrity Division | 101 East 15th Street | Austin | TX | 78711 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.32 | Utah Department of Taxation | Attn Bankruptcy Section | 210 North 1950 West | | Salt Lake City | UT | 84134 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.33 | Washington Department of Revenue | Attn Bankruptcy Unit | 2101 4th Ave, Suite 1400 | | Seattle | WA | 98121 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| 2.34 | Wisconsin Department of Revenue | Special Procedures Unit | PO Box 8901 | | Madison | WI | 53708-8901 | | | | 8 | Taxes owed | N | X | X | | Undetermined | Undetermined |
| | | | | | | | | | | | | | | | TOTAL: | | Undetermined | Undetermined |

In re: Global Wound Care Medical Group, a Professional Corporation
Case No. 24-34908
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | City | State | Zip | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|
| 2.1 | Atul Kumar Munjal | | Address on file | | | | Independent Contractor | | |
| 2.2 | Bachar Elsaadi | | Address on file | | | | Independent Contractor | | |
| 2.3 | Bertram Llewellyn Prosser | | Address on file | | | | Independent Contractor | | |
| 2.4 | Brian Fountain McCrary | | Address on file | | | | Independent Contractor | | |
| 2.5 | Catherine Ifeyinwa Chokuba-Azum | | Address on file | | | | Independent Contractor | | |
| 2.6 | Charles Meric Janssens | | Address on file | | | | Independent Contractor | | |
| 2.7 | Christian Efosa Ogbebor | | Address on file | | | | Independent Contractor | | |
| 2.8 | Christine Lori Rongey | | Address on file | | | | Independent Contractor | | |
| 2.9 | Comprehensive Health Management | | Address on file | | | | Independent Contractor | | |
| 2.10 | Cura Medical Associates PC | | Address on file | | | | Independent Contractor | | |
| 2.11 | Dantwan Shawntel Smith | | Address on file | | | | Independent Contractor | | |
| 2.12 | Diabetic Foot Education LLC | | Address on file | | | | Independent Contractor | | |
| 2.13 | Eric Xiaofeng Lu | | Address on file | | | | Independent Contractor | | |
| 2.14 | Eufrocino Martinez MD Inc | | Address on file | | | | Independent Contractor | | |
| 2.15 | Gabriel Tianjiao Gao | | Address on file | | | | Independent Contractor | | |
| 2.16 | Garrett Raymond Cuppels | | Address on file | | | | Independent Contractor | | |
| 2.17 | Gerri Louise Davis | | Address on file | | | | Independent Contractor | | |
| 2.18 | Harry Russell Burger | | Address on file | | | | Independent Contractor | | |
| 2.19 | Henry Hung | | Address on file | | | | Independent Contractor | | |
| 2.20 | Jack Shenouda | | Address on file | | | | Independent Contractor | | |
| 2.21 | Jane Soyoung Clark | | Address on file | | | | Independent Contractor | | |
| 2.22 | Janna R Crosnoe | | Address on file | | | | Independent Contractor | | |
| 2.23 | Jay Thomas Flottmann | | Address on file | | | | Independent Contractor | | |
| 2.24 | Joel Steven Jones | | Address on file | | | | Independent Contractor | | |
| 2.25 | John David Husted | | Address on file | | | | Independent Contractor | | |
| 2.26 | Joseph Whiting | | 455 Rast Street | Sumter | SC | 29150 | Suite B and D office lease | Expires January 31, 2027 | |
| 2.27 | Lenus LLC | | Address on file | | | | Independent Contractor | | |
| 2.28 | Luis Genaro Garcia-Ayala | | Address on file | | | | Independent Contractor | | |
| 2.29 | Mala Varma | | Address on file | | | | Independent Contractor | | |
| 2.30 | Mohamad N Zanbrakji | | Address on file | | | | Independent Contractor | | |
| 2.31 | Nada F Mustafa | | Address on file | | | | Independent Contractor | | |
| 2.32 | Opoku Nana Edward | | Address on file | | | | Independent Contractor | | |
| 2.33 | Park A Professional Corporation | | Address on file | | | | Independent Contractor | | |
| 2.34 | Philip Kim | | Address on file | | | | Independent Contractor | | |
| 2.35 | Priya Asija | | Address on file | | | | Independent Contractor | | |
| 2.36 | Rami Azzam Ahmed | | Address on file | | | | Independent Contractor | | |
| 2.37 | Regus Management Group, LLC | | 100 Sun Ave. N.E, Suite 650 | Albuquerque | NM | 87109 | Office Lease | Month to Month | |
| 2.38 | Regus Management Group, LLC | | 101 Arch St., 8th Floor | Boston | MA | 02110 | Office Lease | Month to Month | |
| 2.39 | Regus Management Group, LLC | | 175 Capital Blvd 4th Floor | Rocky Hill | CT | 06067 | Office Lease | Month to Month | |
| 2.40 | Regus Management Group, LLC | | 180 Promenade Circle Suite 300 | Sacramento | CA | 95834 | Office Lease | Expires May 31, 2025 | |
| 2.41 | Regus Management Group, LLC | | 200 South Executive Dr., Suite 101 | Brookfield | WI | 53005 | Office Lease | Month to Month | |
| 2.42 | Regus Management Group, LLC | | 301 Grant Street, Suite 270 | Pittsburgh | PA | 15219 | Office Lease | Month to Month | |
| 2.43 | Regus Management Group, LLC | | 321 S Boston Suite 300 | Tulsa | OK | 74103 | Office Lease | Expires February 28, 2025 | |
| 2.44 | Regus Management Group, LLC | | 333 N. Alabama Street, Suite 350 | Indianapolis | IN | 46204 | Office Lease | Expires November 30, 2024 | |
| 2.45 | Regus Management Group, LLC | | 400 West Capitol Ave., Suite 1700 | Little Rock | AK | 72201 | Office Lease | Month to Month | |
| 2.46 | Regus Management Group, LLC | | 650 N E Holladay Street, Suite 1600 | Portland | OR | 97232 | Office Lease | Month to Month | |
| 2.47 | Regus Management Group, LLC | | 1200 Route 22 East Suite 2000 | Bridgewater | NJ | 08807 | Office Lease | Month to Month | |
| 2.48 | Regus Management Group, LLC | | 1997 Annapolis Exchange Parkway Suite 300 | Annapolis | MD | 21401 | Office Lease | Month to Month | |
| 2.49 | Regus Management Group, LLC | | 2700 Corporate Drive Suite 200 | Birmingham | AL | 35242 | Office Lease | Expires February 28, 2025 | |
| 2.50 | Regus Management Group, LLC | | 4600 South Syracuse 9th Floor | Denver | CO | 80237 | Office Lease | Month to Month | |
| 2.51 | Regus Management Group, LLC | | 7300 West 110 Street 7th Floor | Overland Park | KS | 66210 | Office Lease | Expires March 31, 2025 | |

In re: Global Wound Care Medical Group, a Professional Corporation
Case No. 24-34908
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | City | State | Zip | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|
| 2.52 | Regus Management Group, LLC | | 7777 Bonhomme Ave Suite 1800 | Clayton | MS | 63105 | Office Lease | Expires December 31, 2024 | |
| 2.53 | Regus Management Group, LLC | | 8295 Tournament Dr, Suite 150 | Memphis | TN | 38125 | Office Lease | Expires January 31, 2025 | |
| 2.54 | Regus Management Group, LLC | | 11335 Northeast 122nd Corporate Center Suite 105 | Kirkland | WA | 98034 | Office Lease | Expires January 31, 2025 | |
| 2.55 | Regus Management Group, LLC | | 50101 Governors Dr Suite 280 | Chapel Hill | NC | 27517 | Office Lease | Month to Month | |
| 2.56 | Reynaldo Borja Castillo | | Address on file | | | | Independent Contractor | | |
| 2.57 | Robert Henry Escarza | | Address on file | | | | Independent Contractor | | |
| 2.58 | Sarah Kohn Finnerty | | Address on file | | | | Independent Contractor | | |
| 2.59 | Scott Richard Sanderson | | Address on file | | | | Independent Contractor | | |
| 2.60 | Seth Dinowitz | | Address on file | | | | Independent Contractor | | |
| 2.61 | Sivi Mary Chandy | | Address on file | | | | Independent Contractor | | |
| 2.62 | Susan Joy Meller | | Address on file | | | | Independent Contractor | | |
| 2.63 | Tram Anh Nguyen | | Address on file | | | | Independent Contractor | | |
| 2.64 | Transforming Arts Inc | | Address on file | | | | Independent Contractor | | |
| 2.65 | Valerie Maria Gironda | | Address on file | | | | Independent Contractor | | |
| 2.66 | Vanessa Michelle Pearson | | Address on file | | | | Independent Contractor | | |
| 2.67 | WNB Members LLC | | Address on file | | | | Independent Contractor | | |
| 2.68 | Wound Pros Management Group, Inc. | Attn: Chief Executive Officer | 5901 W Century Blvd, Suite 750 | Los Angeles | CA | 90045 | Management Services and Product Sales Agreement | Expires April1, 2063 | |