**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| GLOBAL WOUND CARE MEDICAL GROUP, a Professional Corporation,[1] | Case No. 24-34908 (CML) |
| Debtor and Debtor in Possession. | |

**STATEMENT OF FINANCIAL AFFAIRS FOR**
**GLOBAL WOUND CARE MEDICAL GROUP,**
**A PROFESSIONAL CORPORATION (Case No. 24-34908 CML)**

---

[1] The last four digits of the Debtor's tax identification number in the jurisdiction in which it operates is 3572.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>GLOBAL WOUND CARE MEDICAL GROUP, a Professional Corporation,[1]<br><br>Debtor and Debtor in Possession. | Chapter 11<br><br>Case No. 24-34908 (CML) |

**GENERAL GLOBAL NOTES AND STATEMENT OF LIMITATIONS,**
**METHODOLOGY AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES**
**OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

On October 21, 2024 (the "Petition Date"), Global Wound Care Medical Group, a Professional Corporation, the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").[2]  The Debtor continues to operate its business as a debtor and debtor in possession, pursuant to §§ 1107(a) and 1108.  The Chapter 11 Case is pending in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court").

The Schedules of Assets and Liabilities (the "Schedules") and the Statements of Financial Affairs (the "SOFAs") filed by the Debtor in the Bankruptcy Court were prepared, pursuant to § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), by the Debtor's management, with the assistance of its advisors and professionals, with unaudited information available as of the Petition Date.  The Schedules and SOFAs do not purport to

---

[1]    The last four digits of the Debtor's tax identification number in the jurisdiction in which it operates is 3572.

[2]    All references to "sections" or "§" herein are to sections of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532.

1

represent financial statements prepared in accordance with generally accepted accounting principles in the United States ("GAAP"), and they are not intended to be fully reconciled to the Debtor's financial statements.

The Schedules and SOFAs have been signed by an authorized representative of the Debtor. In reviewing and signing the Schedules and SOFAs, this representative relied upon the efforts, statements and representations of the Debtor's personnel and its advisors and professionals. This authorized representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

These General Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "General Notes") are incorporated by reference in, and comprise an integral part of, the Debtor's Schedules and SOFAs, and should be referred to and reviewed in connection with any review of the Schedules and SOFAs.

## I.

## GENERAL NOTES

1. ***Reservation of Rights.*** The Debtor's Chapter 11 Case is large and complex. Although management of the Debtor, with the assistance of its advisors and professionals, have made every reasonable effort to ensure that the Schedules and SOFAs are as accurate and complete as possible, based on the information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and SOFAs, and inadvertent errors or omissions may have occurred. Because the Schedules and

SOFAs contain unaudited information, which is subject to further review, verification, and potential adjustment, these Schedules and SOFAs may be inaccurate and/or incomplete.

2.     _**No Waiver.**_ Nothing contained in the Schedules and SOFAs or these General Notes shall constitute an admission or a waiver of the Debtor's right to assert any claims or defenses. For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E/F as "priority," on Schedule E/F as "unsecured nonpriority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to recharacterize or reclassify such claim or contract. Any failure to designate a claim on the Debtor's Schedules and SOFAs as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated."  The Debtor reserves all of its rights to dispute, or to assert offsets or defenses to, any claim reflected on the Schedules and SOFAs as to amount, liability, priority, secured or unsecured status, classification or any other grounds or to otherwise subsequently designate any claim as "contingent," "unliquidated" or "disputed."  The Debtor reserves all of its rights to amend its Schedules and SOFAs as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

3.     _**Reporting Date.**_ The asset information provided herein, except as otherwise noted, represents the asset data of the Debtor as of October 21, 2024, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtor as of October 21, 2024.

4.     _**Confidentiality.**_ Specific disclosure of certain claims, names, addresses or amounts may be subject to certain disclosure restrictions contained in the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), or otherwise, and in any event, are of a particularly

personal and private nature. To the extent the Debtor believes a claim, name, address, or amount falls under the purview of HIPAA or includes information that is personal or private in nature, such claims, name, address, or amount (as applicable) are not included in these Schedules and SOFAs.

5. ***Estimates and Assumptions.*** The preparation of the Schedules and SOFAs required the Debtor to make estimates and assumptions that affected the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities and the reported amounts of revenue and expense. Actual results could differ materially from these estimates.

6. ***Asset Presentation and Valuation.*** The Debtor does not have current market valuations for all of its assets. It would be prohibitively expensive, unduly burdensome and an inefficient use of estate resources for the Debtor to obtain current market valuations for all of its assets. Wherever possible, unless otherwise indicated, book values are as of the October 21, 2024, inclusive of any applicable depreciation. When necessary, the Debtor has indicated that the value of certain assets is "Unknown" or "Undetermined." Amounts ultimately realized may vary from whatever value was ascribed and such variance may be material. Accordingly, the Debtor reserves all of its rights to amend, supplement, or adjust the value of each asset set forth herein. Also, goods received by the Debtor within 20 days of the Petition Date are subject to use and depletion and may not have been on hand on the Petition Date.

7. ***Liabilities.*** Certain of the liabilities are scheduled unknown, contingent and/or unliquidated at this time. Accordingly, the Schedules and the SOFAs do not accurately reflect the aggregate amount of the Debtor's total liabilities.

8. ***Recharacterization.*** The Debtor has made reasonable efforts to characterize, classify, categorize, or designate the claims, assets, executory contracts, unexpired leases, and

other items reported in the Schedules and SOFAs correctly. Due to the complexity and size of the Debtor's business, however, the Debtor may have improperly characterized, classified, categorized, or designated certain items. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the rights or obligations represented by such item.

9. ***Undetermined or Unknown Amounts.*** The description of an amount as "Undetermined" or "Unknown" is not intended to reflect upon the materiality of such amount. Certain amounts may be clarified over the period of the bankruptcy proceedings and certain amounts may depend on contractual obligations to be assumed or rejected as part of a sale in a bankruptcy proceeding under § 363.

10. ***Bankruptcy Court First-Day Orders.*** The Bankruptcy Court has entered certain orders (the "Orders") authorizing the Debtor to pay various outstanding prepetition claims, including, but not limited to, payments relating to employee compensation and benefits. In general, claims paid pursuant to the Orders are not reflected in the Schedules and SOFAs.

11. ***Contingent Assets and Causes of Action.*** Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third parties as assets in its Schedules and SOFAs, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtor reserves all of its rights with respect to any claims, causes of action, or avoidance actions it may have, and neither these General Notes nor the Schedules and SOFAs shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims. The value of any claim against a collection party is an estimate and held by the Debtor.

Additionally, prior to the Petition Date, the Debtor, as plaintiff, may have commenced various lawsuits in the ordinary course of its business against third parties seeking monetary damages for business-related losses and/or other forms of relief. Refer to each SOFA Question No. 7, for lawsuits commenced prior to the relevant Petition Date in which the Debtor was a plaintiff.

12.     **_Unknown Addresses._** The Debtor has made and continue to make its best efforts to collect all addresses for all parties in interest; not all addresses for parties on these Schedules and SOFAs have been obtained. The Debtor continues to pursue complete notice information and will provide updated information as reasonably practicable.

13.     **_General Conventions Relating to the Schedules_**. The Debtor adopted the following conventions in connection with the preparation of the Schedules:

    a.     <u>Schedule A/B</u>. The Debtor's assets on Schedule A/B are listed at book value based on the Debtor's reasonable best efforts as of October 21, 2024, and may not necessarily reflect the market or recoverable value of these assets as of the Petition Date. As such, the balances presented in Schedule A/B are subject to further revision and change.

    b.     <u>Schedule E/F</u>. The Debtor has made reasonable efforts to report all priority and general unsecured claims against the Debtor on Schedule E/F based on the Debtor's books and records as of the Petition Date. The claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose may be unknown or subject to dispute. Although reasonable efforts have been made to determine the date upon which claims listed on Schedule E/F were incurred or arose, fixing that date for each claim on Schedule E/F would be unduly burdensome and cost prohibitive and, therefore, the Debtor has not listed a date for each claim listed on Schedule E/F.

    Certain tax claims are, or may in the future be, subject to audit, and the Debtor is unable to determine with certainty the amount of certain tax claims listed on Schedule E/F. Therefore, the Debtor has listed such claims as "Undetermined" in amount, pending final resolution of any ongoing or future audits or outstanding issues. In addition, there may be other contingent, unliquidated claims from state and local taxing authorities, not all of which are listed.

    The listing of any priority claim on Schedule E/F does not constitute an admission by the Debtor that such claim is entitled to priority treatment

under § 507. The Debtor reserves the right to take the position that any claim listed on Schedule E/F is not entitled to priority.

Schedule E/F also contains the information available to the Debtor as of the Petition Date regarding pending litigation involving the Debtor. The inclusion of any legal action in the Schedules and SOFAs does not constitute an admission by the Debtor of any liability, the validity of any litigation, the amount of any potential claim that may result with respect to any legal action, or the amount and treatment of any potential claim resulting from any legal action currently pending or that may arise in the future.

Schedule E/F does not include certain deferred liabilities, accruals, or general reserves. Such amounts are general estimates and do not represent specific claims as of the Petition Date for the Debtor.

In the ordinary course of business, the Debtor generally receives invoices for goods and services after the delivery of such goods or services. As of the filing of the Schedules and SOFA, the Debtor has not received all invoices for payables, expenses, or liabilities that may have accrued before the Petition Date. Accordingly, the information contained in Schedules E/F may be incomplete. The Debtor reserves the right, but is not required, to amend Schedule E/F if and as it receives such invoices. The claims of individual creditors are generally listed at the amounts recorded on the Debtor's books and records and may not reflect credits or allowances due from the creditor. The Debtor reserves all of its rights concerning credits or allowances.

c.    <u>Schedule G</u>. While reasonable efforts have been made to ensure the accuracy of the Schedule of Executory Contracts and Unexpired Leases, inadvertent errors or omissions may have occurred. The Debtor hereby reserves all of its rights to dispute the validity, status or enforceability of any contract, agreement or lease set forth on Schedule G and to amend or supplement such Schedule as necessary. The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed therein. Certain of the executory agreements may not have been memorialized and could be subject to dispute. The Debtor reserves all of its rights, claims and causes of action with respect to the contracts and agreements listed on these Schedules and SOFAs, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument.

## III.

## SCHEDULES AND SOFAs

14.     Further notes regarding specific Schedules and SOFA questions:

- Wound Pros Management Group, Inc., a Management Services Organization (the "MSO"), provides the Debtor with certain non-clinical administrative and management services pursuant to a Management Services Agreement.

- *Schedule H.* American Wound Care Partners is a co-lessee with the Debtor related to office space located at 455 Rast Street, Suite D, Sumter, SC 29150.

- *SOFA Question No. 7.* – Investigations made in the ordinary course of the Debtor's business (e.g., billing investigations) are not reflected in response to SOFA No. 7.

- *SOFA Question No. 11.* – SOFA No. 11 reflects two payments from the MSO to Ankura Consulting Group: (i) $150,000 on October 17, 2024, and (ii) $50,000 on October 18, 2024. The Debtor reimbursed the MSO for the $150,000 payment, as reflected in SOFA No. 3. SOFA No. 11 also reflects two payments to Dentons US LLP: (i) $250,000 on September 30, 2024, and (ii) $250,000 on October 11, 2024. The Debtor reimbursed the MSO for both of these payments, as reflected in SOFA No. 3.

## IV.

## CONCLUSION

15.     *Limitation of Liability.* The Debtor and its officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. The Debtor and its officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or recategorized. In no event shall the Debtor or its officers, employees, agents, attorneys, and

financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused.

Dated: December 4, 2024                DENTONS US LLP


By: */s/ Samuel R. Maizel*
_____
　　　　Samuel R. Maizel
　　　　Tania M. Moyron

　　　　Attorneys for Chapter 11 Debtor and Debtor in
　　　　Possession

**Fill in this information to identify the case:**

Debtor Name: In re : Global Wound Care Medical Group, a Professional Corporation

United States Bankruptcy Court for the: Southern District Of Texas

Case number (if known): 24-34908 (CML)

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

### 1. Gross revenue from business

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 1/1/2024 MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | $ 675,634,119.57 |
| **For prior year:** | From 4/1/2023 MM / DD / YYYY | to | 12/31/2023 MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 350,467,493.23 |
| **For the year before that:** | From _____ MM / DD / YYYY | to | _____ MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ None |

Debtor: Global Wound Care Medical Group, a Professional Corporation

Case number *(if known)*:   24-34908

Name

## 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to  Filing date | _____ | $ _____ |
| | MM / DD / YYYY | | |
| **For prior year:** | From _____ to _____ | _____ | $ _____ |
| | MM / DD / YYYY     MM / DD / YYYY | | |
| **For the year before that:** | From _____ to _____ | _____ | $ _____ |
| | MM / DD / YYYY     MM / DD / YYYY | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Global Wound Care Medical Group, a Professional Corporation                    Case number *(if known)*:   24-34908
_____
Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575 . (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1  See SOFA 3 Attachment _____ Creditor's Name | _____ | $ _____ | ☐ Secured debt |
|  |  |  | ☐ Unsecured loan repayments |
| _____ Street |  |  | ☐ Suppliers or vendors |
|  |  |  | ☐ Services |
| _____ |  |  | ☐ Other |
| _____ City          State          ZIP Code |  |  |  |
| _____ Country |  |  |  |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's Name and Address | Dates | Total amount or value | Reason for payment or transfer |
|---|---|---|---|
| 4.1  See SOFA 4 Attachment _____ Insider's Name | _____ | $ _____ | _____ |
| _____ Street |  |  |  |
| _____ City          State          ZIP Code |  |  |  |
| _____ Country |  |  |  |
| **Relationship to Debtor** |  |  |  |
| _____ |  |  |  |

Debtor: Global Wound Care Medical Group, a Professional Corporation

Case number *(if known)*: 24-34908

Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's Name and Address | Description of the Property | Date | Value of property |
|---|---|---|---|
| 5.1 _____ Creditor's Name _____ Street _____ _____ City   State   ZIP Code _____ Country | _____ | _____ | $ _____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's Name and Address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 _____ Creditor's Name _____ Street _____ City   State   ZIP Code _____ Country | _____  Last 4 digits of account number: XXXX–_____ | _____ | $ _____ |

Debtor: Global Wound Care Medical Group, a Professional Corporation     Case number *(if known):*   24-34908

    Name

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7.**    **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1 | N/A | Payment Suspension | Qlarant Integrity Solutions, LLC<br>Name | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | | | 28464 Marlboro Ave<br>Street | |
| | **Case number** | | Easton    MD    21601<br>City    State    ZIP Code | |
| | PSP-240625-00002 | | Country | |
| 7.2 | United States v. Wound Pros Mgmt. Gp., Inc., et al. | Enforcement of Civil Investigative Demand | Eastern District of California<br>Name | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | | | 501 I St., #4200<br>Street | |
| | **Case number** | | Sacramento    CA    95814<br>City    State    ZIP Code | |
| | 2:24-mc-00263-DAD-CKD | | Country | |

**8.**    **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| | Custodian's name and address | Description of the Property | Value |
|---|---|---|---|
| 8.1 | | | $ |
| | Custodian's name | | |
| | | **Case title** | **Court name and address** |
| | Street | | Name |
| | | **Case number** | |
| | City    State    ZIP Code | | Street |
| | Country | **Date of order or assignment** | City    State    ZIP Code |
| | | | Country |

Debtor:  Global Wound Care Medical Group, a Professional Corporation

Name

Case number *(if known)*:   24-34908

| Part 4: | Certain Gifts and Charitable Contributions |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1 | | | $ |
| Creditor's Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |
| Country | | | |
| **Recipient's relationship to debtor** | | | |
| | | | |

Debtor: Global Wound Care Medical Group, a Professional Corporation     Case number *(if known)*: 24-34908

Name

| Part 5: | Certain Losses |
|---------|----------------|

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 | | | $ |

Debtor: Global Wound Care Medical Group, a Professional Corporation

Case number *(if known)*: 24-34908

Name

| Part 6: | Certain Payments or Transfers |
|---|---|

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1 | Ankura Consulting Group | | 10/17/2024 | $ 150,000.00 |

**Address**

485 Lexington Avenue, 10th Flooor
Street

New York      NY      10303
City      State      ZIP Code

Country

**Email or website address**

ankura.com

**Who made the payment, if not debtor?**

Wound Pros Management Group, Inc.

| 11.2 | Ankura Consulting Group | | 10/18/2024 | $ 50,000.00 |
|---|---|---|---|---|

**Address**

485 Lexington Avenue, 10th Flooor
Street

New York      NY      10303
City      State      ZIP Code

Country

**Email or website address**

ankura.com

**Who made the payment, if not debtor?**

Wound Pros Management Group, Inc.

Debtor: Global Wound Care Medical Group, a Professional Corporation

Case number *(if known)*: 24-34908

Name

| 11.3 | Dentons US LLP | 9/30/2024 | $ | 250,000.00 |

**Address**

233 S Wacker Drive, Sute 5900
Street

| Chicago | IL | 60606 |
| City | State | ZIP Code |

Country

**Email or website address**

dentons.com

**Who made the payment, if not debtor?**

Wound Pros Management Group, Inc.

| 11.4 | Dentons US LLP | 10/11/2024 | $ | 250,000.00 |

**Address**

233 S Wacker Drive, Sute 5900
Street

| Chicago | IL | 60606 |
| City | State | ZIP Code |

Country

**Email or website address**

dentons.com

**Who made the payment, if not debtor?**

Wound Pros Management Group, Inc.

| 11.5 | Verita Global (KCC) | 10/18/2024 | $ | 35,000.00 |

**Address**

222 N. Pacific Coast Highway, 3rd Floor
Street

| El Segundo | CA | 90245 |
| City | State | ZIP Code |

Country

**Email or website address**

veritaglobal.com

**Who made the payment, if not debtor?**

Debtor: Global Wound Care Medical Group, a Professional Corporation          Case number *(if known)*    24-34908

Name

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| 12.1 | _____ | _____ | | $ _____ |
| | **Trustee** | | | |
| | _____ | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | _____ | _____ | _____ | $ _____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State          ZIP Code | | | |
| | _____ | | | |
| | Country | | | |
| | **Relationship to Debtor** | | | |
| | _____ | | | |

Debtor: Global Wound Care Medical Group, a Professional Corporation

Case number *(if known)*: 24-34908

Name

| Part 7: | Previous Locations |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1 _____ <br> Street <br> _____ <br> _____ <br> City          State          ZIP Code <br> _____ <br> Country | From _____   To _____ |

Debtor: Global Wound Care Medical Group, a Professional Corporation

Case number *(if known)*: 24-34908

Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| Facility Name and Address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1 None<br>Facility Name | The Debtor is a medical practice which provides wound care services. | |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>Amazon Web Services | **How are records kept?**<br>Check all that apply:<br>☑ Electronically<br>☐ Paper |
| _____<br>City      State      ZIP Code | | |
| _____<br>Country | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Global Wound Care Medical Group, a Professional Corporation

Case number *(if known)*:   24-34908

Name

---

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained.    Medical Records, including social security numbers

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

| | Name of plan | Employer identification number of the plan |
|---|---|---|
| 17.1 | | EIN: |

Has the plan been terminated?

☐ No

☐ Yes

Debtor:  Global Wound Care Medical Group, a Professional Corporation            Case number *(if known)*:    24-34908

Name

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City   State   ZIP Code<br><br>_____<br>Country | XXXX-____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | $ _____ |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code<br><br>_____<br>Country | _____<br><br><br>**Address**<br>_____ | _____ | ☐ No<br><br>☐ Yes |

---

Debtor:   Global Wound Care Medical Group, a Professional Corporation          Case number *(if known)*:   24-34908

Name

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 20.1 | | | | ☐ No |
| | Name | | | |
| | | | | ☐ Yes |
| | Street | | | |
| | | | | |
| | | **Address** | | |
| | City          State          ZIP Code | | | |
| | | | | |
| | Country | | | |

Debtor: Global Wound Care Medical Group, a Professional Corporation

Name

Case number *(if known)*:  24-34908

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| 21.1 | | | $ |
| Name | | | |
| Street | | | |
| | | | |
| City          State          ZIP Code | | | |
| Country | | | |

Debtor:  Global Wound Care Medical Group, a Professional Corporation          Case number *(if known)*    24-34908
_____
Name

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No

☐ Yes. Provide details below.

| | Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|---|
| 22.1 | | Name | | ☐ Pending |
| | | Street | | ☐ On appeal |
| | Case Number | | | ☐ Concluded |
| | | City          State          ZIP Code | | |
| | | Country | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No

☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| 23.1 | Name | Name | | |
| | Street | Street | | |
| | City          State          ZIP Code | City          State          ZIP Code | | |
| | Country | Country | | |

Debtor:   Global Wound Care Medical Group, a Professional Corporation          Case number *(if known)*:   24-34908

Name

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| 24.1 | Name | Name | | |
| | Street | Street | | |
| | | | | |
| | City          State          ZIP Code | City          State          ZIP Code | | |
| | Country | Country | | |

Debtor: Global Wound Care Medical Group, a Professional Corporation          Case number *(if known)*: 24-34908
　　　　　Name

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1 | _____ Name | _____ | EIN: _____ |
| | | | **Dates business existed** |
| | _____ Street | | From _____ To _____ |
| | _____ | | |
| | _____ | | |
| | City        State        ZIP Code | | |
| | _____ Country | | |

**26.  Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and Address | Dates of service |
|---|---|---|
| 26a.1 | Fahim Feroz - Associate Director of Finance and Corporate Taxation Name | From 4/1/2023   To Present |
| | Address on file Street | |
| | _____ | |
| | _____ City        State        ZIP Code | |
| | _____ Country | |
| 26a.2 | Ralph Cetrulo - CFO Name | From 2024   To Present |
| | 2 West Market St Street | |
| | _____ | |
| | West Chester    PA    19382 City        State        ZIP Code | |
| | _____ Country | |
| 26a.3 | Stephen Weyler - Controller Name | From 1/2/2024   To Present |
| | 2 West Market St Street | |
| | _____ | |
| | West Chester    PA    19382 City        State        ZIP Code | |
| | _____ Country | |

Debtor: Global Wound Care Medical Group, a Professional Corporation

Name

Case number *(if known)*: 24-34908

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared  a financial statement within 2 years before filing this case.

☐ None

| Name and Address | | | Dates of service | | | |
|---|---|---|---|---|---|---|
| 26b.1 | UHY, LLP | | From | 4/1/2023 | To | 12/31/2023 |
| | Name | | | | | |
| | 1185 Avenue of the Americas, 38th Floor | | | | | |
| | Street | | | | | |
| | New York | NY | 10036 | | | |
| | City | State | ZIP Code | | | |
| | Country | | | | | |
| 26b.2 | Wound Pros Management Group, Inc. | | From | 4/1/2023 | To | Present |
| | Name | | | | | |
| | 5901 W Century Blvd, Suite 750 | | | | | |
| | Street | | | | | |
| | Los Angeles | CA | 90045 | | | |
| | City | State | ZIP Code | | | |
| | Country | | | | | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1 | Fahim Feroz | | |
| | Name | | |
| | Address on file | | |
| | Street | | |
| | City | State | ZIP Code | |
| | Country | | | |

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.2 | Ralph Cetrulo | | |
| | Name | | |
| | 2 West Market St | | |
| | Street | | |
| | | PA | 19382 | |
| | City | State | ZIP Code | |
| | West Chester | | |
| | Country | | |

Debtor: Global Wound Care Medical Group, a Professional Corporation     Case number *(if known)*     24-34908
_____                                    _____
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.3   Stephen Weyler
Name

2 West Market St
Street

West Chester            PA          19382
City                    State       ZIP Code

Country

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.4   Wound Pros Management Group, Inc.
Name

5901 W Century Blvd, Suite 750
Street

Los Angeles             CA          90045
City                    State       ZIP Code

Country

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.5   UHY, LLP
Name

1185 Avenue of the Americas, 38th Floor
Street

New York                NY          10036
City                    State       ZIP Code

Country

Debtor: Global Wound Care Medical Group, a Professional Corporation          Case number *(if known)*    24-34908

Name

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
| --- |

26d.1

_____
Name

_____

_____
Street

_____

_____
City                          State          ZIP Code

_____
Country

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| _____ | _____ | $ _____ |

| Name and address of the person who has possession of inventory records |
| --- |

27.1

_____
Name

_____

_____
Street

_____

_____
City          State          ZIP Code

_____
Country

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and Nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| 28.1 Ervin Fullwood | 5901 W Century Blvd, Suite 750, Los Angeles, CA  90045 | Secretary | |
| 28.2 Owen B. Ellington, M.D. | Address on file | CEO/Equity Ownership | 100% |
| 28.3 Ralph Cetrulo | 2 West Market St, West Chester, PA  19382 | Chief Financial Officer | |

Debtor: Global Wound Care Medical Group, a Professional Corporation       Case number *(if known)*:   24-34908

Name

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No

☐ Yes. Identify below.

| | Name | Address | Position and Nature of any interest | Period during which position or interest was held |
|---|---|---|---|---|
| 29.1 | | | | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans,credits on loans, stock redemptions, and options exercised?

☐ No

☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | See SOFA Question 4 | | | |
| | Name | | | |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| | Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|---|
| 31.1 | | EIN: |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| | Name of the pension fund | Employer Identification number of the pension fund |
|---|---|---|
| 32.1 | | EIN: |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.

18 U.S.C.§§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     12/04/2024
                 _____
                 MM / DD / YYYY

✖     / s / Ralph Cetrulo
      _____        Printed name   Ralph Cetrulo
                                                                       _____
      Signature of individual signing on behalf of the debtor

      Position or relationship to debtor    Chief Financial Officer
                                            _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☐     No

☑     Yes

**In re: Global Wound Care Medical Group, a Professional Corporation**
**Case No. 24-34908**
Attachment 3
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's name | Address 1 | City | State | Zip | Date | Total amount or value | Reason for payment or transfer (e.g. Secured debt, Unsecured loan repayments, Suppliers or vendors, Services, or Other) |
|---|---|---|---|---|---|---|---|
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 7/24/2024 | $26,629.01 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 7/24/2024 | $1,529,420.74 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 7/25/2024 | $948.12 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 7/25/2024 | $1,531.98 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 7/25/2024 | $772,963.10 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 7/26/2024 | $2,537.62 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 7/31/2024 | $626.49 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 8/7/2024 | $159,920.46 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 8/7/2024 | $988,705.90 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 8/8/2024 | $855.39 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 8/8/2024 | $5,125.17 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 8/8/2024 | $9,524.41 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 8/8/2024 | $451,210.08 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 8/9/2024 | $1,031.00 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 8/9/2024 | $2,776.25 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 8/9/2024 | $7,936.44 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 8/21/2024 | $1,750.00 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 8/21/2024 | $30,250.71 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 8/21/2024 | $1,527,913.39 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 8/22/2024 | $503.20 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 8/22/2024 | $770.75 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 8/22/2024 | $1,991.30 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 8/22/2024 | $801,152.34 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 8/26/2024 | $439.06 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 8/26/2024 | $2,252.19 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 9/4/2024 | $171,917.85 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 9/4/2024 | $972,416.34 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 9/5/2024 | $770.75 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 9/5/2024 | $434,227.06 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 9/13/2024 | $1,601.00 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 9/13/2024 | $2,901.99 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 9/13/2024 | $6,882.87 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 9/18/2024 | $19,521.30 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 9/18/2024 | $1,490,956.44 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 9/19/2024 | $770.75 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 9/19/2024 | $732,347.01 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 10/2/2024 | $159,937.11 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 10/2/2024 | $995,617.11 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 10/3/2024 | $770.75 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 10/3/2024 | $416,596.07 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 10/11/2024 | $1,096.00 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 10/11/2024 | $7,005.90 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 10/15/2024 | $26,121.73 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 10/17/2024 | $770.75 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 10/17/2024 | $162,606.35 | Payroll and Payroll Taxes |

**In re: Global Wound Care Medical Group, a Professional Corporation**
**Case No. 24-34908**
Attachment 3
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's name | Address 1 | City | State | Zip | Date | Total amount or value | Reason for payment or transfer (e.g. Secured debt, Unsecured loan repayments, Suppliers or vendors, Services, or Other) |
|---|---|---|---|---|---|---|---|
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 10/17/2024 | $418,716.32 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 10/17/2024 | $438,278.87 | Payroll and Payroll Taxes |
| ADP | 5355 Orangethorpe Ave | La Palma | CA | 90623-1002 | 10/17/2024 | $1,071,076.29 | Payroll and Payroll Taxes |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 7/22/2024 | $53.19 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 7/23/2024 | $6.48 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 7/24/2024 | $72.39 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 7/25/2024 | $27.59 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 7/25/2024 | $40.00 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 7/26/2024 | $2,123.84 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 7/29/2024 | $0.64 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 7/30/2024 | $166.52 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 7/31/2024 | $2.03 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 7/31/2024 | $28.50 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 8/1/2024 | $25.91 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 8/2/2024 | $306.46 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 8/5/2024 | $574.23 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 8/6/2024 | $3.20 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 8/7/2024 | $16.96 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 8/8/2024 | $27.78 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 8/9/2024 | $17.87 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 8/12/2024 | $1,504.56 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 8/13/2024 | $7.78 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 8/14/2024 | $2.32 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 8/15/2024 | $40.00 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 8/15/2024 | $407.98 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 8/16/2024 | $447.58 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 8/19/2024 | $884.86 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 8/20/2024 | $242.90 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 8/21/2024 | $3.05 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 8/22/2024 | $40.00 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 8/23/2024 | $93.76 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 8/23/2024 | $360.69 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 8/26/2024 | $3,456.46 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 8/27/2024 | $642.31 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 8/28/2024 | $372.41 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 8/29/2024 | $33.86 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 8/29/2024 | $40.00 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 8/30/2024 | $39.50 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 8/30/2024 | $334.01 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 9/3/2024 | $768.57 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 9/4/2024 | $141.77 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 9/5/2024 | $5.93 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 9/6/2024 | $1,375.10 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 9/9/2024 | $98.70 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 9/10/2024 | $32.28 | Transaction Fees |

In re: **Global Wound Care Medical Group, a Professional Corporation**
**Case No. 24-34908**
Attachment 3
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's name | Address 1 | City | State | Zip | Date | Total amount or value | Reason for payment or transfer (e.g. Secured debt, Unsecured loan repayments, Suppliers or vendors, Services, or Other) |
|---|---|---|---|---|---|---|---|
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 9/11/2024 | $157.35 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 9/12/2024 | $354.75 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 9/13/2024 | $387.00 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 9/16/2024 | $388.48 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 9/17/2024 | $17.83 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 9/18/2024 | $157.47 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 9/19/2024 | $36.18 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 9/20/2024 | $481.49 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 9/23/2024 | $204.03 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 9/24/2024 | $11.62 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 9/25/2024 | $260.03 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 9/26/2024 | $255.01 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 9/27/2024 | $48.04 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 9/30/2024 | $227.50 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 9/30/2024 | $329.96 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 10/1/2024 | $5.71 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 10/2/2024 | $1.52 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 10/3/2024 | $2.07 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 10/4/2024 | $504.46 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 10/8/2024 | $0.67 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 10/9/2024 | $254.41 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 10/11/2024 | $18.17 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 10/15/2024 | $22.45 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 10/18/2024 | $0.24 | Transaction Fees |
| Wells Fargo | 9511 N Sam Houston Pkwy E | Humble | TX | 77396 | 10/18/2024 | $40.00 | Transaction Fees |
| Wound Pros Management Group, Inc. | 5901 W Century Blvd, Suite 750 | Los Angeles | CA | 90045 | 7/25/2024 | $10,000,000.00 | Payment subject to Management Services Agreement |
| Wound Pros Management Group, Inc. | 5901 W Century Blvd, Suite 750 | Los Angeles | CA | 90045 | 8/1/2024 | $20,000,000.00 | Payment subject to Management Services Agreement |
| Wound Pros Management Group, Inc. | 5901 W Century Blvd, Suite 750 | Los Angeles | CA | 90045 | 8/8/2024 | $13,000,000.00 | Payment subject to Management Services Agreement |
| Wound Pros Management Group, Inc. | 5901 W Century Blvd, Suite 750 | Los Angeles | CA | 90045 | 8/15/2024 | $18,000,000.00 | Payment subject to Management Services Agreement |
| Wound Pros Management Group, Inc. | 5901 W Century Blvd, Suite 750 | Los Angeles | CA | 90045 | 8/22/2024 | $14,000,000.00 | Payment subject to Management Services Agreement |
| Wound Pros Management Group, Inc. | 5901 W Century Blvd, Suite 750 | Los Angeles | CA | 90045 | 8/29/2024 | $20,000,000.00 | Payment subject to Management Services Agreement |
| Wound Pros Management Group, Inc. | 5901 W Century Blvd, Suite 750 | Los Angeles | CA | 90045 | 10/17/2024 | $650,000.00 | Reimbursement of professional fees and retainers |

**In re: Global Wound Care Medical Group, a Professional Corporation**
**Case No. 24-34908**
Attachment 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name | Address 1 | City | State | Zip | Date | Total amount or value | Reasons for payment or transfer | Relationship to debtor |
|---|---|---|---|---|---|---|---|---|
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 11/3/2023 | $5,250.00 | Payroll - Salary and Benefits | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 11/17/2023 | $21,698.30 | Payroll - Salary and Benefits | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 12/1/2023 | $5,250.00 | Payroll - Salary and Benefits | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 12/15/2023 | $5,250.00 | Payroll - Salary and Benefits | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 12/29/2023 | $23,475.53 | Payroll - Salary and Benefits | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 1/12/2024 | $329.02 | Expense Reimbursement | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 1/12/2024 | $3,150.00 | Payroll - Salary and Benefits | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 1/26/2024 | $17,107.61 | Payroll - Salary and Benefits | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 2/9/2024 | $5,250.00 | Payroll - Salary and Benefits | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 2/23/2024 | $5,250.00 | Payroll - Salary and Benefits | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 3/8/2024 | $1,100.57 | Expense Reimbursement | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 3/8/2024 | $11,305.06 | Payroll - Salary and Benefits | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 3/22/2024 | $26,333.40 | Payroll - Salary and Benefits | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 3/29/2024 | $329.02 | Expense Reimbursement | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 3/29/2024 | $3,150.00 | Payroll - Salary and Benefits | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 3/29/2024 | $17,107.61 | Payroll - Salary and Benefits | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 4/5/2024 | $5,250.00 | Payroll - Salary and Benefits | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 4/19/2024 | $12,926.04 | Payroll - Salary and Benefits | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 5/3/2024 | $5,250.00 | Payroll - Salary and Benefits | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 5/17/2024 | $3,500.00 | Payroll - Salary and Benefits | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 5/31/2024 | $19,448.74 | Payroll - Salary and Benefits | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 6/14/2024 | $5,250.00 | Payroll - Salary and Benefits | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 6/28/2024 | $28,736.03 | Payroll - Salary and Benefits | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 7/12/2024 | $5,250.00 | Payroll - Salary and Benefits | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 7/26/2024 | $18,879.01 | Payroll - Salary and Benefits | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 8/9/2024 | $5,250.00 | Payroll - Salary and Benefits | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 8/23/2024 | $23,232.77 | Payroll - Salary and Benefits | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 9/6/2024 | $917.85 | Expense Reimbursement | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 9/6/2024 | $5,250.00 | Payroll - Salary and Benefits | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 9/20/2024 | $22,271.30 | Payroll - Salary and Benefits | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 10/4/2024 | $5,250.00 | Payroll - Salary and Benefits | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 10/18/2024 | $1,194.00 | Expense Reimbursement | Chief Executive Officer/Equity Ownership (100%) |
| Comprehensive Health Management (Owen Ellington) | Address on file | | | | 10/18/2024 | $17,177.73 | Payroll - Salary and Benefits | Chief Executive Officer/Equity Ownership (100%) |