United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 29, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>GLOBAL WOUND CARE MEDICAL GROUP, a Professional Corporation,[1]<br><br>Debtor and Debtor in Possession. | Chapter 11<br><br>Case No. 24-34908 (CML) |

### ORDER GRANTING UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

For good cause shown, the United States' motion is granted and Andrew Warner is substituted in place of Augustus T. Curtis as attorney of record for the United States of America in the above-captioned bankruptcy case. Mr. Curtis' appearance in the case is hereby withdrawn.

Entered: Houston, Texas

Signed: April 29, 2025

_____
Christopher Lopez
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's tax identification number in the jurisdiction in which it operates is 3572.