**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>GLOBAL WOUND CARE MEDICAL GROUP, a Professional Corporation,[1]<br><br>Debtor and Debtor in Possession. | Chapter 11<br><br>Case No. 24-34908 (CML) |

**CERTIFICATE OF SERVICE**

I, Matthew J. Canty, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtor in the above-captioned case.

On August 28, 2026, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Monthly Operating Report for Global Wound Care Medical Group, a Professional Corporation for the Period Ending April 30, 2026** [Docket No. 441]

- **Monthly Operating Report for Global Wound Care Medical Group, a Professional Corporation for the Period Ending May 31, 2026** [Docket No. 442]

Dated: September 1, 2026

*/s/ Matthew J. Canty*
Matthew J. Canty
Verita
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel.: 310.823.9000

[1] The last four digits of the Debtor's tax identification number in the jurisdiction in which it operates is 3572.

# Exhibit A

**Exhibit A**
**United States Trustee Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| SDTX - Office of the U.S. Trustee for the Southern District of Texas | US Trustee for the Southern District of Texas (Houston Division) | Ha M. Nguyen, Christopher Ross Travis | Ha.Nguyen@usdoj.gov; C.Ross.Travis@usdoj.gov |